AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | | |
|---|---|---|
| ANTONIO CABALLERO, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-25337-KMM |
| FUERZAS ARMADAS | ) | |
| REVOLUCIONARIAS DE COLOMBIA, *et al.,* | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     05/20/2020     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/2/2020

**Angela E. Noble**

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida

By _____
                    Deputy Clerk

Date 7/2/2020