UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caballero,

               Plaintiff,

–v–

Fuerzas Armadas Revolucionarias de Coloumbia, et al.,

               Defendants.

20-mc-00249 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court respectfully directs the Clerk's Office to place under seal both the PDF document **and docket text** of docket entry number 3 and docket entry number 4.

SO ORDERED.

Dated: November 30, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge