Case 1:20-mc-00249-AJN Document 23 Filed 02/06/21 Page 1 of 2

# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

## CASE NO: 20-mc-000249-AJN

ANTONIO CABALLERO,

      Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA, a/k/a
FARC-EP a/k/a REVOLUTIONARY ARMED
FORCES OF COLOMBIA; and THE NORTE
DE VALLE CARTEL,

      Defendants.

_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2021

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TEMPORARILY
## TO SEAL AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE came before the Court on the Motion for a Writ of Execution (the "Motion") by Plaintiff, Antonio Caballero ("Caballero"), in which Plaintiff also requested an order temporarily to seal pursuant to the Court's sealed order of January 13, 2021 regarding Petroleos de Venezuela, S.A. (a/k/a PDVSA; a/k/a PETROLEOS DE VENEZUELA S A; a/k/a PETROLEOS DE VENEZUELA S.A; a/k/a REFINERIA EL PALITO).  Upon due and careful consideration,

**IT IS ORDERED** as follows:

1.    This Court has subject matter jurisdiction to conduct post-judgment execution proceedings with respect to a plaintiff's final judgment under a federal statute (i.e., the Anti-Terrorism Act, 18 U.S.C. § 2333), rendered by a U.S. district court and properly registered in this district pursuant to 28 U.S.C. § 1963.

2. The Court orders that Plaintiff Antonio Caballero's Motion for Writ of Execution (the "Motion for Execution"), including any corresponding and supporting exhibits, remain under temporary seal.

3. The Motion for Writ of Execution will remain sealed until further order of this Court.

**AND IT IS SO ORDERED** this 8 day of February 2021, in New York, New York.

**ALISON J. NATHAN**
**U.S. DISTRICT COURT JUDGE**

2