UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caballero,

             Plaintiff,

    –v–

FARC.,

             Defendant.

20-mc-249 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 4, 2021, Plaintiff submitted a motion for writ of execution. Dkt. No. 22. The Court granted Plaintiff's request to keep that motion and the accompanying exhibits under seal. Dkt. No. 23. Plaintiff submitted a letter on February 11, 2021 informing the Court that the amount of Plaintiff's outstanding balance on his judgment reflected in the motion is incorrect, and that after recent collections, those amounts should be reduced to those reflected in Plaintiff's letter. Dkt. No. 23. The Court takes notice of these amounts. Plaintiff is instructed to submit a Proposed Order granting his February 4, 2021 motion for the writ of execution with the correct amounts stated.

    Moreover, as to Plaintiff's February 9, 2021 motion for a writ of execution, Plaintiff is instructed to submit a memorandum in support of his argument that the entities listed therein are agents or instrumentalities of Defendant (other than those for which the Court has already made that determination). Plaintiff is instructed to provide the Court with evidence in support of its argument (or direct the Court to the portions of its expert witness's testimony, Dkt. No. 9, Exhibits 1-4, wherein these entities are discussed), if any such evidence is available. Plaintiff

should also submit with that memorandum a Proposed Order granting the motion for a writ of execution with the correct amounts stated.

Finally, the Court erroneously filed the Order at Dkt. No. 23 on the public docket. The Court respectfully directs the Clerk of Court to strike Dkt. No. 23 from the docket but retain the summary docket text for the record. The Court will subsequently file the document under seal.

SO ORDERED.

Dated: February 16, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge