

312 Minorca Avenue | Coral Gables FL, 33134
Ph: (305) 444-5565 | Fax: (305) 444-8588
www.zplaw.com

September 23, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, No. 1:20-mc-00249-AJN (S.D.N.Y. 2020) – Plaintiff's Letter Motion to Unseal Docket Entries

Dear Judge Nathan:

We represent Plaintiff Antonio Caballero ("Caballero") in the above styled case. Caballero notifies the Court that all writs issued in this case by the Clerk of Court to date have been served upon the corresponding garnishees. Thus, Caballero notes that the stated purpose of his request to seal docket entries related to the writs has now been satisfied. As such, Caballero respectfully requests that all docket entries in this matter currently sealed be unsealed, including all applications and orders on the writs. Among the documents requested to be unsealed are the following applications for writs, corresponding exhibits, and orders:[1]

1) [D.E. 9] Plaintiff Antonio Caballero's Motion for Agent and Instrumentality Determination and for Writ of Execution with its corresponding Exhibits 1 - 10;

---

[1] Because Caballero is unable to identify the corresponding docket entry number for the orders he requests to be unsealed, a description of the date each order was entered and docket entry number of the motion each order grants is used to identify the orders.

2) the January 13, 2021 Order granting D.E. 9;

3) [D.E. 11] Plaintiff Antonio Caballero's Motion for Writs of Execution with its corresponding Exhibits 1-5;

4) the January 13, 2021 Order granting D.E. 11;

5) [D.E. 22] Plaintiff's Motion for Writ of Execution;

6) the March 9, 2021 Order granting D.E. 22;

7) [D.E. 24] Plaintiff's Motion for Writ of Execution with its corresponding Exhibits A - C;

8) [D.E. 29] Plaintiff's Memorandum of Law in Support of Motion for Writ of Execution D.E. 24 with its corresponding Exhibits A - D;

9) the March 9, 2021 Order granting D.E. 24;

10) [D.E. 36] Plaintiff Antonio Caballero's Motion for Writ of Execution with its corresponding Exhibits A - C;

11) the March 9, 2021 Order granting D.E. 36;

12) [D.E. 38] Plaintiff Antonio Caballero's Motion for Agent and Instrumentality Determination and for Writ of Execution with its corresponding Exhibits A - D; and

13) the April 5, 2021 Order granting D.E. 38.

    Respectfully submitted,

    */s/ Leon N. Patricios*
    Leon N. Patricios (Admitted PHV Fla. Bar. No. 0012777)
    Email: lpatricios@zplaw.com
    Joseph I. Zumpano (Admitted PHV Fla. Bar No. 0056091)
    Email: jzumpano@zplaw.com
    ZUMPANO PATRICIOS, P.A.
    312 Minorca Ave
    Coral Gables, FL 33134
    Tel. (305) 444-5565

    Nicholas Rostow
    Email: nrostow@zplaw.com
    ZUMPANO, PATRICIOS & POPOK, PLLC

417 Fifth Avenue, Suite 826
New York, NY 10016
Tel. (212) 381-9914

*Attorneys for Plaintiff Antonio Caballero*