UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2021

Caballero,

Plaintiff,

—v—

Fuerzas Armadas Revolucionarias de Columbia, *et al*.,

Defendant.

20-mc-249 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 16, 2021, Plaintiff filed on the docket a proposed writ in the amount of $135,193,487.93. Dkt. No. 9, Ex. 9. In that document, the wording of the amount matches the numerical denomination. On January 13, 2021, the Court issued a Sealed Order granting the writ in that amount. Dkt. No. 12. On January 19, 2021 at 12:29 P.M., Plaintiff's counsel emailed the Court indicating that the writ had a "scrivener's error" where the wording of the amount did not match the numerical denomination and attached a new proposed writ, which she says has been "corrected." This new proposed writ is for $130,798,751.07.

Counsel are instructed to file a letter by January 20, 2021 (a) explaining to the Court why the "corrected" writ requested by Plaintiff is for approximately $5 million less than the original writ, and (b) explaining why Plaintiff's counsel made the statement to the Court that the new version was being proposed to fix a "scrivener's error."

Pursuant to the Court's Individual Rules, all communications with the Court must be by letter, which will be docketed on ECF upon unsealing. No communications may be contained in the body of an email forwarding such a letter.

This Order will be kept under seal.

1

SO ORDERED.

Dated: January 19, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge