```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Caballero,

               Plaintiff,

      –v–

Fuerzas Armadas Revolucionarias de Columbia, *et al.*,

              Defendants.

20-mc-00249 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received Plaintiff's request to unseal all sealed docket entries in this matter (Dkt. No. 47) and grants this request. The documents include the following:

1. [D.E. 9] Plaintiff Antonio Caballero's Motion for Agent and Instrumentality Determination and for Writ of Execution with its corresponding Exhibits 1 - 10;

2. [D.E. 14] Order filed Under Seal;

3. [D.E. 11] Plaintiff Antonio Caballero's Motion for Writs of Execution with its corresponding Exhibits 1-5;

4. [D.E. 37] and all items in the sealed envelope;

5. [D.E. 22] Plaintiff's Motion for Writ of Execution;

6. [D.E. 24] Plaintiff's Motion for Writ of Execution with its corresponding Exhibits A - C;

7. [D.E. 29] Plaintiff's Memorandum of Law in Support of Motion for Writ of Execution D.E.24 with its corresponding Exhibits A - D;

8. [D.E. 36] Plaintiff Antonio Caballero's Motion for Writ of Execution with its corresponding Exhibits A - C;

9. [D.E. 38] with its corresponding Exhibits A - D;

10. [D.E. 39].

The Court kindly requests the Clerk of Court to unseal the following documents and modify the viewing level restrictions of these documents to be removed entirely.

SO ORDERED.

Dated: September 28, 2021
       New York, New York

                                                                _____
                                                                ALISON J. NATHAN
                                                                United States District Judge