IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

    Defendants.

Case No.: 1:20-mc-00249-~~AJN~~

## [~~PROPOSED~~] ORDER ON *PM* PLAINTIFF ANTONIO CABALLERO'S MOTION FOR TEMPORARY SEAL

THIS CAUSE came before the Court on the Motion for Writ of Execution by Plaintiff, Antonio Caballero ("Caballero"), in which Caballero also requested an order temporarily to seal such motion pursuant to his previous letter-motion briefing the issues related to sealing, dated November 25, 2020 [D.E. 5], the Court's grant of that motion [D.E. 7], the January 13, 2021 sealed Order regarding Petrocedeño S.A., the Court's January 13, 2021 previously sealed Orders [D.E. 12] and the Court's March 9, 2021 previously sealed Orders [D.E. 37] wherein this Court granted similar requests by Caballero to seal certain filings. Upon due and careful consideration,

**IT IS ORDERED** as follows:

1) This Court has subject matter jurisdiction to conduct post-judgment execution proceedings with respect to a plaintiff's final judgment under a federal statute (i.e., the Anti-Terrorism Act, 18 U.S.C. § 2333), rendered by a U.S. district court and properly registered in this district pursuant to 28 U.S.C. § 1963.

1

2

2)	The Court orders that Plaintiff Antonio Caballero's Motion for Writ of Execution, including any corresponding and supporting exhibits, remain under temporary seal.

3)	The Motion for Writ of Execution will remain sealed until further order of this Court.

AND IT IS SO ORDERED this 11 day of April 2022, in ~~____~~ ~~New~~ York, New York.

_____
**U.S. DISTRICT COURT JUDGE**