| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>ANTONIO CABALLERO | COURT CASE NUMBER<br>20-mc-00249-PAC |
|---|---|
| DEFENDANT<br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al., | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TINDAYA PROPERTIES OF NEW YORK II CORP.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
60 Riverside Boulevard, Unit 3602, New York, New York 10069

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Leon N. Patricios, Esq.<br>Zumpano Patricios, P.A.<br>312 Minorca Ave.<br>Coral Gables, FL 33134 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please also send notice to: (1) Any and all Owners/Occupants, 60 Riverside Boulevard, Unit 3602, New York, New York 10069; (2) Tindaya Properties of New York II Corp. c/o Carolina Perdomo, 4100 Salzedo St, Apt 804, Coral Gables, FL 33146; (3) Tindaya Properties of New York II Corp. 675 Third Avenue, 29th Floor, New York, NY 10017; (4) Gustavo Adolfo Perdomo Rosales, 4100 Salzedo St, Unit 804, Coral Gables, FL 33146; and (5) Gustavo Adolfo Perdomo Rosales, 18555 Collins Ave, Unit 4405, Sunny Isles Beach, FL 33160

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 305-444-5565
DATE: 7/1/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 7/1/22

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): RUBEN - GUTIERREZ
Date: 9/9/22
Time: 10:30 [X] am  [ ] pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS:
SERVICE FEE  1 HR - 65
MI FEE  11 MI - 6.88
TOTAL  71.88