U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO CABALLERO,　　　　　　　　　　　　　CASE NO.: 1:20-mc-00249-PAC

　　　　Plaintiff,

v.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

　　　　Defendants,
_____/

### ANTONIO CABALLERO'S NOTICE OF FILING
### THREE NOTICES OF LEVY RECORDED WITH THE NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER

Antonio Caballero ("Caballero") notifies the Court that on December 21, 2022, three (3) notices of levy (with corresponding exhibits thereto) of the Southern District of New York U.S. Marshals Service, regarding real properties subject to writs of execution in this case, were recorded with the NYC Department of Finance Office of the City Register. First, a copy of the recorded notice of levy regarding the condominium unit located at 20 West 53rd Street, Unit 47A, New York, New York 10019, designated as Lot 1263 in Block 1268 of the Borough of Manhattan, in the purported name of RIM Group Properties of New York II Corp., is attached hereto as **Exhibit 1**. Second, a copy of the recorded notice of levy regarding the condominium unit located at 60 Riverside Boulevard, Unit 3602, New York, New York 10069, designated as Lot 4447 in Block 1171 of the Borough of Manhattan, in the purported name of Tindaya Properties of New York II

1

Corp., is attached hereto as **Exhibit 2**.[1] Third, a copy of the recorded notice of levy regarding the condominium unit located at 330 East 57th Street, Unit 12, New York, New York 10022, designated as Lot 1111 in Block 1349 of the Borough of Manhattan, in the purported name of Tindaya Properties of New York Corp., is attached hereto as **Exhibit 3**.[2]

Dated: December 21, 2022.

                Respectfully submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

Nicholas Rostow
Email: nrostow@zplaw.com
Zumpano Patricios & Popok, PLLC
134 East 38th Street
New York, New York 10016
Tel. (212) 381-9914

*Attorneys for Plaintiff Antonio Caballero*

---

[1] Please note the following scrivener's error on page two of **Exhibit 2**, "60 Riversifde Boulevard" should read as "60 Riverside Boulevard". Additionally, such scrivener's error does not affect the recording of the notice of levy.

[2] Please note the following scrivener's error on page two of **Exhibit 3**, the "Unit 12" is missing on page under the address section for Tindaya Properties of New York Corp. Additionally, such scrivener's error does not affect the recording of the notice of levy.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2022, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano