UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

CASE NO: 1:20-mc-00249-PAC

ANTONIO CABALLERO,

     Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA, a/k/a
FARC-EP a/k/a REVOLUTIONARY ARMED
FORCES OF COLOMBIA; and THE NORTE
DE VALLE CARTEL,

     Defendants.

_____/



## [~~PROPOSED~~] ORDER ON PLAINTIFF ANTONIO CABALLERO'S EX PARTE, EXPEDITED MOTION FOR AGENCY OR INSTRUMENTALITY DETERMINATION

Upon due and careful consideration of (i) the Anti-Terrorism Act ("ATA"), 18 U.S.C. §2333(e); (ii) section 201(a) of the Terrorism Risk Insurance Act ("TRIA"), Pub. L. No. 107-297, § 201(a), 116 Stat. 2322 (codified at 28 U.S.C. § 1610 note); (iii) Rule 69 of the Federal Rules of Civil Procedure; (iv) *Stansell v. Revolutionary Armed Forces of Columbia [sic]*, 771 F.3d 713, 729-730 (11th Cir. 2014); and Plaintiff Antonio Caballero's Ex Parte, Expedited Motion for Agency or Instrumentality Determination (the "Motion") [D.E. 59], it is ORDERED AND ADJUDGED that the Motion is GRANTED.

Accordingly, it is hereby ORDERED AND ADJUDGED that:

1.    This Court has subject matter jurisdiction to conduct post-judgment execution proceedings of a Plaintiff's final judgment [D.E. 1-1] under a federal statute (ATA), rendered by the United States District Court for the Southern District of Florida and properly registered in this

district pursuant to 28 U.S.C. § 1963, with post-judgment execution under the ATA and TRIA §201;

2.      The individuals listed on **Exhibit 1** to the Motion are each an agency or instrumentality ("A/I") of FARC;

3.      Each entity listed on **Exhibit 2** to the Motion is a blocked asset of such A/I of the FARC listed on **Exhibit 1** to the Motion, and that the real properties listed on **Exhibit 3** to the Motion are blocked assets executable under TRIA towards satisfaction of the ATA Final Judgment [D.E. 1-1]; and

4.      Plaintiff's Motion, including any corresponding and supporting exhibits, shall remain under temporary seal until further order of this Court.

AND IT IS SO ORDERED this ⁴ᵗʰday of _March_ 2022, in _____, New York, New York.

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

3

# EXHIBIT 1

1. **GORRIN BELISARIO, Raul (a.k.a. GORRIN BELISARIO, Raul Antonio; a.k.a. GORRIN BELISARIO, Raul Antonio De La Santisima Trinidad; a.k.a. GORRIN, Raul; a.k.a. GORRIN, Raul A; a.k.a. GORRIN, Raul Antonio; a.k.a. GORRIN-BELISARIO, Raul Antonio De La Santisima)**, 4100 Salzedo Street, Apt. 1010, Miami, FL 33146, United States; 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States; DOB 22 Nov 1968; citizen Venezuela; Gender Male; Cedula No. 8682996 (Venezuela); Passport 129603081 (Venezuela) expires 14 Oct 2020; alt. Passport 066936455 (Venezuela) expires 10 Jan 2018; alt. Passport 007931220 (Venezuela) expires 24 Jan 2013 (individual) [VENEZUELA-EO13850].

2. **PERDOMO ROSALES, Gustavo Adolfo (a.k.a. PERDOMO ROSALES, Gustavo A; a.k.a. PERDOMO, Gustavo; a.k.a. PERDOMO, Gustavo A; a.k.a. PERDOMO, Gustavo Adolfo; a.k.a. PERDOMO-ROSALES, Gustavo)**, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 18555 Collins Avenue, Unit 4405, Sunny Isles, FL 33160, United States; DOB 05 Feb 1979; citizen Venezuela; Gender Male; Cedula No. 14585388 (Venezuela); Passport 083119116 (Venezuela) expires 28 Jan 2019; alt. Passport 023639834 (Venezuela) expires 13 Jun 2014 (individual) [VENEZUELA-EO13850].

# EXHIBIT 2

1. **GLOBOVISION TELE C.A. (a.k.a. GLOBOVISION)**, Caracas, Venezuela [VENEZUELA EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

2. **GLOBOVISION TELE CA, CORP.**, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

3. **SEGUROS LA VITALICIA C.A. (a.k.a. LA VITALICIA)**, Caracas, Venezuela; National ID No. J310205361 (Venezuela) [VENEZUELA- EO13850] (Linked To: GORRIN BELISARIO, Raul).

4. **CORPOMEDIOS GV INVERSIONES, C.A.**, Calle Alameda Quinta Globovision Pb, Libertador, Caracas, Venezuela [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

5. **CORPOMEDIOS LLC**, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

6. **RIM GROUP INVESTMENTS, CORP.**, 4100 Salzedo Street, Apt 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

7. **RIM GROUP INVESTMENTS I CORP.**, 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 608, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 807, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

8. **RIM GROUP INVESTMENTS II CORP.**, 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 4100 Salzedo Street, Unit 813, Coral Gables, FL 33146, United States; 4100 Salzedo Street, Unit 913, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

9. **RIM GROUP INVESTMENTS III CORP.**, 4100 Salzedo Street, Apt 1010, Miami, FL 33146, United States; 144 Isla Dorada Blvd., Coral Gables, FL 33143, United States [VENEZUELA EO13850] (Linked To: GORRIN BELISARIO, Raul).

10. **RIM GROUP PROPERTIES OF NEW YORK, CORP.**, 4100 Salzedo St., Unit 1010, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

11. **RIM GROUP PROPERTIES OF NEW YORK II CORP.**, 675 Third Avenue, 29th FL., New York, NY 10017, United States; 20 West 53rd Street, Unit 47A, New York, NY 10019, United States; 60 Riverside Boulevard, PH 3602, New York, NY 10069, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

12. **MAGUS HOLDINGS USA, CORP.**, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

13. **MAGUS HOLDING LLC**, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

14. **MAGUS HOLDING II, CORP.**, 4100 Salzedo St., Unit 804, Coral Gables, FL 33146, United States; 140 Paloma Drive, Coral Gables, FL 33143, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

15. **TINDAYA PROPERTIES HOLDING USA CORP.**, 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

16. **TINDAYA PROPERTIES OF NEW YORK CORP.**, 155 SW 25th Road, Miami, FL 33129, United States; 330 East 57th Street, Unit 12, New York, NY 10022, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

17. **TINDAYA PROPERTIES OF NEW YORK II CORP.**, 675 Third Avenue, 29th Floor, New York, NY 10017, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

18. **POSH 8 DYNAMIC, INC.**, 18555 Collins Avenue, Unit 4401, Sunny Isles, FL 33160, United States; DE, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

19. **CONSTELLO NO. 1 CORPORATION**, 4100 Salzedo Street, Unit 804, Coral Gables, FL 33146, United States; DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

20. **CONSTELLO INC.**, Saint Kitts and Nevis [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

21. **WINDHAM COMMERCIAL GROUP INC.**, Panama [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul; Linked To: PERDOMO ROSALES, Gustavo Adolfo).

22. **PLANET 2 REACHING, INC.**, DE, United States; 7043 Fisher Dr., Unit 7043, Miami Beach, FL 33109-0064, United States [VENEZUELA-EO13850] (Linked To: GORRIN BELISARIO, Raul).

23. **POTRICO CORP.**, DE, United States [VENEZUELA-EO13850] (Linked To: PERDOMO ROSALES, Gustavo Adolfo).

# EXHIBIT 3

1. The property purportedly owned by RIM GROUP PROPERTIES OF NEW YORK II CORP., a New York domestic business corporation, as follows:

   The Condominium Unit (hereinafter referred to as the "Unit") known as 47A in the Building (hereinafter referred to as the "Building") known as the 20 West 53rd Street Condominium and by the Street Number 20 West 53rd Street, Borough of Manhattan, County, City and State of New York, said Unit being designated and described as Unit Number 47A in a certain Declaration dated September 10, 2013, made by Grantor pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a plan for Condominium ownership of the Building and the Land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit "A" annexed hereto and by reference made a part hereat), which Declaration was recorded in the Office of the New York City Register October 4, 2013 in CFRN 2013000413151 (which Declaration and Amendments thereto are collectively referred to as the "Declaration"). This Unit is also designated as Tax Lot 1263 in Block 1268 on the Tax Map of the City of New York for the County of New York and on the Floor Plans of the Building, certified by Skidmore, Owings & Merrell LLP on September 25, 2013, and filed in the Real Property Assessment Department of the City of New York on September 25, 2013 as Condominium Plan No. No. 2410 also filed in the City Register's Office on October 4, 2013 as Condominium Map No. No. 2410.

   TOGETHER with an undivided 1.2390% interest in the Common Elements as such term is defined in the Declaration.

   **A/K/A 20 WEST 53RD STREET, UNIT 47A, NEW YORK, NY 10019.**

2. The property purportedly owned by TINDAYA PROPERTIES OF NEW YORK CORP., a New York domestic business corporation, as follows:

   The apartment known as Unit 12 in the Building known as 330 East 57th Street, New York, New York, and also designated and described as Unit 12 in the Declaration comprising The 330 East 57th Street Condominium (hereinafter called the "Property") made by the Grantor under the Condominium Act of the State of New York, as amended (Article 9-B of the Real Property Law of the State of New York), dated October 31, 2006, and recorded in the New York County Office of the Register of the City of New York, on the 14th day of September, 2007, CRFN# 2007000474143 (hereinafter called the "Declaration"), which Unit is also designated as Tax Lot No. 1111 on the Floor Plan of the Building, certified by Bernardo Fort-Brescia, and filed in the said Office of the Register of the City of New York, County of New York as Map No. 1632 (hereinafter called the "Unit").

   The Unit is identified in the Declaration as Condominium Unit 12 in The 330 East 57th Street Condominium, located at 330 East 57th Street, New York, New York, and is

identified on the Tax Map of the City of New York for New York County as Tax Lot 1111 in Block 1349.

**A/K/A 330 EAST 57TH STREET, UNIT 12, NEW YORK, NY 10022.**

3.  The property purportedly owned by TINDAYA PROPERTIES OF NEW YORK II CORP., a New York domestic business corporation, as follows:

THE Unit known as Unit No. 3602 (hereinafter called the "Unit") in the Building known as The Aldyn and by the street address 60 Riverside Blvd, New York, New York, as designated in an Amended and Restated Declaration dated March 11, 2011 made by CRP/RAR Ill Parcel J. LP. as Declarant pursuant to Article 9-B of the Real Property Law of the State of New York (The "Condominium Act") dated March 11, 2011 and recorded in the Office of the City Register on June 21, 2011 in CRFN 2011000221140 and designated as Tax Lot No. 4447 in Block 1171 of the Borough of Manhattan on the Tax Map of the City of New York (with the Real Property Assessment Department of the City of New York) and on the Floor Plans of the Unit, certified as Condominium Plan No. 2188A and in CRFN 2011000221141.

TOGETHER with an undivided 0.7128% interest in the common elements of the Property as defined in such declaration (hereinafter called the "Common Elements").

THE land on which the Building containing the Unit is located, is described as follows:

ALL that certain plot, piece or parcel of land situate, lying and being in the Borough of Manhattan, County, City and State of New York, being more particularly bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly line of West 63rd Street with the easterly line of Riverside Boulevard (otherwise known as Riverside Drive);

RUNNING THENCE due East along the southerly side of West 63rd Street, 129 feet 1 inch;

THENCE due South along a line at right angles to the previous course, 258 feet 9-3/8 inches;

THENCE due West along a line at right angles to the previous course, 195 feet 0-1 /8 inches to a point of curvature on the easterly line of Riverside Boulevard (otherwise known as Riverside Drive);

THENCE northerly along the easterly line of Riverside Boulevard (otherwise known as Riverside Drive), 267 feet 0-5/8 inches to the point or place of BEGINNING.

**A/K/A 60 RIVERSIDE BOULEVARD, UNIT 3602, NEW YORK, NY 10069.**