UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>      Plaintiff,<br><br> v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,<br><br>      Defendants. | Case No. 1:20-MC-249-PAC |

**JOINT STATUS REPORT OF PLAINTIFF ANTONIO CABALLERO
AND INTERESTED PARTY LDC SUPPLY INTERNATIONAL, LLC**

Plaintiff Antonio Caballero ("Plaintiff"), and Interested Party LDC Supply International, LLC ("LDC") respectfully submit this joint status report pursuant to the Court's Order of December 20, 2022, ECF No. 81 (the "LDC Stay Order").

The parties agree that circumstances have not materially changed since the Court entered the LDC Stay Order, and that the LDC Stay Order should remain in effect.

Since the parties' last joint status report on March 6, 2023, the United States District Court for the Western District of New York has not taken action on Petróleos de Venezuela, S.A. ("PDVSA") and certain of its subsidiaries' motion to quash the writ of execution and vacate the turnover judgment entered in *Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, No. 20-MC-40-LJV (W.D.N.Y. Sept. 10, 2020). That Court has, however, scheduled oral argument on the motion for July 7, 2023, at 9:30 a.m. *See id.* at ECF No. 137.

For the foregoing reasons, Plaintiff and LDC respectfully submit that the LDC Stay Order should remain in effect pending further order of the Court.

Plaintiff and LDC respectfully propose that the Court set a deadline of July 12, 2023, for their next joint status report, to permit the parties to incorporate any developments arising from the July 7, 2023 oral argument on PDVSA's motion to quash in the Western District of New York. Otherwise, the Plaintiff and LDC will submit their next joint status report on July 5, 2023, pursuant to the LDC Stay Order.

|  | Respectfully submitted, |
|---|---|
| s/ Leon N. Patricios | s/ Samuel Hall |
| Joseph I. Zumpano (appearing Pro Hac Vice)<br>Leon N. Patricios (appearing Pro Hac Vice)<br>ZUMPANO PATRICIOS, P.A.<br>312 Minorca Ave.<br>Coral Gables, FL 33134<br>Phone: 305-444-5565<br>Fax: 305-444-8588 | Samuel Hall (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Phone: (202) 303-1443<br>Fax: (202) 303-2443<br>SHall@willkie.com |
| *Counsel for Plaintiff Antonio Caballero* | *Counsel for LDC Supply International, LLC* |

May 5, 2023