UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>                Plaintiff,<br><br>v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS<br>DE COLOMBIA, et al.,<br><br>                Defendants. | Case No. 1:20-MC-249-PAC |

**JOINT STATUS REPORT OF PLAINTIFF ANTONIO CABALLERO
AND INTERESTED PARTY LDC SUPPLY INTERNATIONAL, LLC**

Plaintiff Antonio Caballero ("Plaintiff"), and Interested Party LDC Supply International, LLC ("LDC") respectfully submit this joint status report pursuant to the Court's Order of December 20, 2022, ECF No. 81 (the "LDC Stay Order").

As stated in LDC's July 11, 2023 letter to the court, since the parties' last joint status report on May 5, 2023, there have been developments in Plaintiff's efforts to execute on property of Petróleos de Venezuela, S.A. ("PDVSA") and certain of its subsidiaries in the United States District Court for the Western District of New York. *See Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, No. 20-MC-40-LJV (W.D.N.Y. Sept. 10, 2020). On Saturday, July 1, 2023, Plaintiff filed a notice of voluntary dismissal with respect to his action to enforce against the property subject to that motion, arguing that it would be more efficient to proceed against PDVSA after the Second Circuit issued an opinion in *Havlish v. Islamic Emirate of Afghanistan*, No. 23-258 (2d Cir.), where it is considering the application of the Terrorism Risk Insurance Act to an agency or instrumentality of a sovereign nation when the nation is not itself a terrorist party defendant. *Id.* at ECF No. 139. On July 7, 2023, Judge Vilardo held a status conference, and

ultimately issued a text order deeming "all pending orders" withdrawn and deeming the motion to quash "withdrawn without prejudice to renew as stated on the record." *Id.* ECF No. 142.

The parties believe the legal matters at issue in *Havlish* will also be at issue in Plaintiff's action against LDC, and as a result, it would be a more efficient use of judicial resources to have the Second Circuit's decision before Plaintiff proceeds, if at all, against LDC. As such, within the next ten (10) days, Plaintiff and LDC will prepare and file the appropriate papers with this Court to vacate the writ that has attached to LDC's accounts, without prejudice, and dismiss without prejudice (as to LDC only) this collection proceeding.

Respectfully submitted,

| s/ Leon N. Patricios | s/ Samuel Hall |
|---|---|
| Joseph I. Zumpano (appearing Pro Hac Vice) | Samuel Hall (admitted *pro hac vice*) |
| Leon N. Patricios (appearing Pro Hac Vice) | WILLKIE FARR & GALLAGHER LLP |
| ZUMPANO PATRICIOS, P.A. | 1875 K Street NW |
| 312 Minorca Ave. | Washington, DC 20006 |
| Coral Gables, FL 33134 | Phone: (202) 303-1443 |
| Phone: 305-444-5565 | Fax: (202) 303-2443 |
| Fax: 305-444-8588 | SHall@willkie.com |
| *Counsel for Plaintiff Antonio Caballero* | *Counsel for LDC Supply International, LLC* |

July 26, 2023