# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel:  212 728 8000
Fax: 212 728 8111

October 31, 2023

**VIA FEDEX AND ECF**

Honorable Paul A. Crotty
United States District Court, Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007
CrottyNYSDChambers@nysd.uscourts.gov

Re:     Approval of Notice of Voluntary Dismissal
        *Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.,* No. 1:20-mc-00249

Dear Judge Crotty:

We write on behalf of LDC Supply International, LLC ("LDC") to request that the Court so-order Plaintiff's Notice of Voluntary Dismissal (ECF No. 105) dismissing this action without prejudice against LDC, and order that the attached writ of execution dated March 10, 2021, be vacated. Plaintiff does not oppose this request.

Plaintiff filed the Notice on August 10, 2023. ECF No. 105. On August 11, 2023, the Clerk of Court referred the Notice to the Court because it had been filed in a "closed" case. *See* Docket Entry of Aug. 11, 2023. Although a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is ordinarily "self-executing and effective immediately," *Alix v. McKinsey & Co.*, 470 F. Supp. 3d 310, 317 (S.D.N.Y. 2020), the parties believe that it would be advisable, out of an abundance of caution, for the Court to so-order the Notice and order (1) that Plaintiff's action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and (2) that the March 10, 2021 writ of execution attached to the Notice as Exhibit A be vacated.

BRUSSELS   CHICAGO   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Hon. Paul A. Crotty
October 31, 2023
Page 2

      The undersigned is authorized to state that Plaintiff does not oppose this request. For the

Court's convenience, we have attached a copy of the Notice and its accompanying Exhibit A, along

with a separate proposed order.

                                        Respectfully submitted,

                                        s/ Samuel Hall

                                        Samuel Hall
                                          WILLKIE FARR & GALLAGHER LLP
                                          1875 K Street, N.W.
                                          Washington, DC 20006-1238
                                          (202) 303-1443
                                          shall@willkie.com

                                        *Counsel for LDC Supply International, LLC*