UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>    Plaintiff,<br><br>v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA; et al.,<br><br>    Defendants. | No. 1:20-MC-249-PAC |

### [~~PROPOSED~~] ORDER DISMISSING ACTION AGAINST LDC SUPPLY INTERNATIONAL, LLC

On August 10, 2023, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice dismissing this action as against LDC Supply International, LLC, and stating that he does not object to this Court vacating the Writ of Execution issued March 10, 2021, attached to that Notice as Exhibit A. ECF No. 105.

It is hereby ORDERED that this post-judgment execution proceeding is dismissed, against LDC Supply International, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.

It is further ORDERED that the Writ of Execution issued March 10, 2021, and attached to Plaintiff's Notice as Exhibit A, is vacated.

SO ORDERED.

Dated: 11/1/2023

*/s/ Paul A. Crotty*

Hon. Paul A. Crotty
United States District Court Judge