**MEMO ENDORSED**



312 Minorca Avenue | Coral Gables, FL 33134
Ph: (305) 444-5565 | Fax: (305) 444-8588
www.zplaw.com

December 11, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/24
```

**FILED VIA ECF**
The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re:   *Caballero v. FARC, et al.*, No. 1:20-mc-00249-VEC

Dear Judge Caproni:

    We represent Plaintiff, Antonio Caballero ("Caballero"), in the above styled action. Yesterday, Caballero notified this Court that he had attached all assets that are subject to this Court's Order on Caballero's Motion for Writ of Execution (ECF No. 118) pursuant to paragraph 7 therein. *See* ECF No. 119. As such, ECF No. 110 need no longer remain under seal. *See generally* ECF No. 5 (explaining the basis for temporary seals in the post-judgment TRIA context). Caballero thus respectfully requests that this Court lift the temporary seal as to ECF No. 110 (including its corresponding exhibits), which was entered pursuant to this Court's Order (ECF No. 113 at ¶¶ 2)-3)).

    We thank Your Honor in advance for your due consideration of this matter.

Respectfully Submitted,

/s/ *Joseph I. Zumpano*
Joseph I. Zumpano

---

Application GRANTED.

The Clerk of Court is respectfully directed to unseal Dkt. entry 110.

SO ORDERED.    12/11/24

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

*Zumpano Patricios Offices:*
MIAMI | NEW YORK CITY (MANHATTAN) | NEW YORK CITY (FINANCIAL DISTRICT)
SALT LAKE CITY | CHICAGO | LAS VEGAS