# EXHIBIT 1

UNITED STATES DEPARTMENT OF THE TREASURY
OFFICE OF FOREIGN ASSETS CONTROL
REPORT OF BLOCKED TRANSACTIONS

## INSTITUTION INFORMATION

| INSTITUTION | TYPE OF INSTITUTION | ADDRESS |
|---|---|---|
| Bunge Agritrade S.A. via its U.S. agent Bunge Latin America, LLC | global agribusiness company | (for Bunge Latin America, LLC) 2655 Le Jeune Road Suite 610 |

| CITY | STATE | CONTACT PERSON | TELEPHONE NUMBER |
|---|---|---|---|
| Coral Gables | FL | Natalia Torres, Senior Counsel, Bunge Latin America, LLC | |

| POSTAL CODE | COUNTRY | E-MAIL ADDRESS | FAX NUMBER |
|---|---|---|---|
| 33134 | USA | natalia.torres@bunge.com | |

## TRANSACTION INFORMATION

| AMOUNT BLOCKED | DATE OF TRANSACTION | DATE OF BLOCKING | PROGRAM OR REASON FOR BLOCKING FUNDS |
|---|---|---|---|
| 6,700,833.00 | 01/25/17 | 02/16/17 (Request to JP Morgan) | Counter Narcotics |

| ORIGINATOR NAME & ADDRESS | ORIGINATING FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| Postar Intertrade Limited Trident Chambers, P.O. Box 146, Road Town, Tortola, British Virgin Islands | Bank J. Safra Sarasin Elizabethanstrasse 62, Basel Switzerland |

| INTERMEDIARY FINANCIAL INSTITUTION(S) NAME & ADDRESS | BENEFICIARY FINANCIAL INSTITUTION NAME & ADDRESS |
|---|---|
| Deutsche Bank Trust Company Americas 600 Wall Street, New York NY | JP Morgan Chase, NY |

| BENEFICIARY NAME & ADDRESS | ADDITIONAL RELEVANT INFORMATION (USE PAGE 2 IF MORE SPACE IS NEEDED) |
|---|---|
| Bunge Latin America, LLC (address above) as agent for Bunge Agritrade S.A. of Montevideo Uruguay (Dr. Luis Bonavita 1294, Oficina 2301, | see page 2 |

ADDITIONAL DATA FOUND IN ORIGINATOR TO BENEFICIARY INFORMATION OR BANK TO BANK INFORMATION

PLEASE ATTACH A COPY OF PAYMENT INSTRUCTIONS AS PAGE 3 OF THIS FORM

## PREPARER INFORMATION

| SIGNATURE | NAME OF SIGNER | TITLE OF SIGNER | DATE PREPARED |
|---|---|---|---|
| *Natalia Torres* | NATALIA TORRES | SENIOR COUNSEL, BUNGE LATIN AMERICA, LLC | 02/17/17 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                              JPMC 0427

ADDITIONAL INFORMATION
(PLEASE INCLUDE PAYMENT INSTRUCTIONS AS A SEPARATE ATTACHMENT TO THIS DOCUMENT)

This report involves the recent addition to the SDN List of Samark Jose Lopez Bello and Yakima Trading Corporation on February 13, 2017 for narcotics trafficking under the Kingpin Act.

At the time of the designations, Bunge Agritrade S.A., a Uruguay corporation which is a subsidiary of Bunge Limited, a corporation headquartered in the U.S., was under contract for the sale of Canadian wheat to Postar Intertrade Limited. Postar Intertrade Limited is 100% owned by 1000 Investment Group Limited, which in turn is wholly owned by Yakima Trading Corporation (itself owned by Samark Lopez Bello). The wheat was to be exported from Canada to Venezuela. Two separate contracts were involved dated January 18, 2017 and January 19, 2017 and both indicated payment was to be made to JP Morgan Chase, NY. Bunge Latin America, LLC of Coral Gables, Florida was to act as agent for Bunge Agritrade S.A.

Before Yakima Trading Corporation and Lopez Bello were designated as SDNs, Bunge Agritrade S.A. had received for each of the two transactions a 30% deposit of $2,745,000 for the wheat plus a demurrage protection deposit of $300,000. These funds were received on January 25, 2017 into the account of Bunge Latin America, LLC at JP Morgan. For both of the aforementioned contracts, the wheat had not yet shipped to Postar Intertrade Limited at the time of the designations.

At the time of the designation, Bunge Latin America, LLC was also holding the additional sum of $610,833 which was due to be refunded to Postar Intertrade Limited. The refund was for demurrage excess deposit and despatch resulting from laytime calculation for the previous voyages of 2 vessels exporting agricultural commodities to Venezuela prior to the aforementioned SDN List Designations. Funds for the transaction relating to those voyages were received November 7, 2016 into the account of Bunge Latin America, LLC at JP Morgan.

Thus, at the time of the aforementioned designations, Bunge had in its own account the total sum of $6,700,833 belonging to Postar Intertrade Limited.

As soon as the Yakima Trading Corporation and Lopez Bello were designated SDNs, Bunge immediately ceased all shipping arrangements under the two open contracts. In conformity with U.S. law and Bunge's own economic sanctions compliance Policy, Bunge Latin America, LLC and Bunge Agritrade S.A. immediately ceased all dealings with Postar Intertrade Limited.

To comply with the requirements of U.S. law to block the funds, Bunge Agritrade S.A. via its agent Bunge Latin America, LLC has instructed JP Morgan to move the sum of $6,700,833 into an interest-bearing account on its books from which only OFAC-authorized debits may be made. A copy of the instruction letter to JP Morgan is attached.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

JPMC 0428



February 17, 2017

JP Morgan Chase

Dear Sirs/Madams:

We write to ask for your prompt assistance to enable Bunge to meet its compliance obligations regarding U.S. sanctions law. On February 13, 2017, certain parties were added to OFAC's SDN List as Specially Designated Narcotics Traffickers, including Yakima Trading Corporation and Samark Jose Lopez Bello. We understand Mr. Lopez Bello to be the beneficial owner of a Bunge customer, Postar Intertrade Limited and thus in accordance with U.S. law we immediately ceased all dealings with this customer.

However, Bunge holds certain funds belonging to this customer being deposits under two unexecuted contracts and monies due as shipping related refunds under executed contracts. U.S. law requires that these funds be blocked. Thus, we ask that as soon as possible you transfer the sum of $6,700,833 into an interest-bearing account from which only OFAC-authorized debits may be made. The funds may be drawn from the account of Bunge Latin America, LLC (account # ████████).

We further note that we are preparing to file a Report of Blocked Transactions relating thereto, together with a copy of this letter.

Thanks for your assistance and please let us know if you have any questions or require any further authorization to make these arrangements please let us know.

Sincerely,

Bunge Latin America LLC, in its own capacity and as
Agent for Bunge Agritrade S.A.

Bunge Latin America, LLC
2655 Le Jeune Road, Suite 610
Coral Gables, FL 33134, USA
www.bunge.com

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                              JPMC 0429