```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO CABALLERO,

                         Plaintiff,

-against-

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA & THE NORTE DE VALLE CARTEL,

                         Defendants.

20-MC-249 (VEC)

ORDER

---

**ORDER ON PLAINTIFF ANTONIO CABALLERO'S MOTION REGARDING PROVIDING NOTICE OF PLAINTIFF ANTONIO CABALLERO'S MOTION FOR TRIA TURNOVER AND RELATED FILINGS TO LOPEZ BELLO AND HIS RELATED ENTITIES**

       This matter is before the Court on Plaintiff Antonio Caballero's ("Plaintiff" or "Caballero") motion (the "Motion") regarding providing notice of Caballero's Motion for TRIA Turnover (ECF Nos. 111, 112) and related subsequent filings to Samark Jose Lopez Bello ("Lopez Bello") and his related entities, Postar[1] and Yakima[2] (collectively, the "Related Entities"). The Court has reviewed the file in this matter and the authorities cited by Caballero and JPM. For the reasons that follow, the Motion is granted.

       IT IS HEREBY ORDERED that Caballero is authorized to provide notice to Lopez Bello and the Related Entities of Caballero's Motion for TRIA Turnover (ECF Nos. 111, 112) and related subsequent filings (ECF Nos. 124–127) using the following methods:

---

[1] Referring to "Postar Intertrade Ltd."
[2] Referring to "Yakima Trading Corp."

- via email and first class mail to Lopez Bello's and/or Yakima's counsels (including certain former counsel) in other matters, including:

    o Kerri E. Chewning, Eric I. Yun, Jeffrey M. Scott, Jeffrey M. Kolansky of Archer & Greiner, P.C. at

    - Kchewning@archerlaw.com

    - eyun@archerlaw.com

    - jscott@archerlaw.com

    - jkolansky@archerlaw.com

    - Kerri E. Chewning
      Archer & Greiner, P.C.
      1025 Laurel Oak Road
      Voorhees, NJ 08043 and

    - Eric I. Yun, Jeffrey M. Scott & Jeffrey M. Kolansky
      Archer & Greiner, P.C.
      Three Logan Square
      1717 Arch Street, Suite 3500
      Philadelphia, PA 19103

    o Adams S. Fels of Friedman Fels & Soto, PLLC at

    - afels@ffslawfirm.com and

    - Adams S. Fels
      Friedman Fels & Soto, PLLC
      150 Alhambra Circle, Suite 715
      Coral Gables, FL 33134

    o Glen M. Lindsay of Saavedra Goodwin at

    - glindsay@saavlaw.com and

    - Glen M. Lindsay
      Saavedra Goodwin
      888 SE 3rd Avenue, Suite 500
      Fort Lauderdale, FL 33316

- - o   Mr. Matthew D. Osnos of O'Malley, Miles, Nylen & Gilmore, P.A. at

        - mosnos@omng.com and

        - Mr. Matthew D. Osnos
          O'Malley, Miles, Nylen & Gilmore, P.A.
          7850 Walker Drive, Suite 310
          Greenbelt, MD 20770

- Via first class mail to the Venezuelan facility in which Lopez Bello is reportedly incarcerated:

    - Business Center Galipan
      Centro Empresarial Galipan
      Avenida Francisco de Miranda
      Caracas 1060, Miranda, Venezuela

- Via email and first class mail to these additional addresses that have been provided by counsel for the *Marron* plaintiffs[3]:

    - Samark Lopez Bello at

        - samark1@yahoo.com

        - Samark Lopez Bello
          Calle los Cedros con Calle El Saman
          Quinta Manantial, Country Club
          Caracas, Miranda, Venezuela 1060 and

        - Samark Lopez Bello
          Business Center Galipan
          Centro Empresarial Galipan
          Avenida Francisco de Miranda
          Caracas, Miranda, Venezuela 1060

    - Loisinette Carolina Leiva Pinto at

        - loisinetteleiva@gmail.com and

---

[3]   In a separate action, *Marron, et al. v. Maduro Moros, et al.*, No. 21-CV-23190 (S.D. Fla. Nov. 6, 2024), another group of TRIA judgment creditors are pursuing assets related to Lopez Bello.  When Lopez Bello's former attorneys withdrew as counsel in that matter, they were ordered to provide the *Marron* plaintiffs with contact information for Lopez Bello so that they could serve him and his related entities.

- Loisinette Carolina Leiva Pinto
  Qta. Buenaventura Rta B
  Sector Los Campitos
  Caracas, Miranda, Venezuela 1080

IT IS FURTHER ORDERED that Plaintiff must notify the Court within one business day if any of the email notifications are "bounced" or if any of the mailings are returned as undeliverable.

IT IS FURTHER ORDERED that Plaintiff must file proof of notification on ECF by no later than **January 17, 2025**.

IT IS FURTHER ORDERED that Lopez Bello and the Related Entities are required to respond to Caballero's Motion for TRIA Turnover (ECF Nos. 111, 112), to the extent they desire to do so, within 21 days from the latest of the mailings/emails authorized above. Failure to respond by that date will be deemed consent to the requested TRIA Turnover.

IT IS FURTHER ORDERED that the notice as authorized above to these individuals is reasonably calculated to provide Lopez Bello and the Related entities with Notice of the turnover motion and a reasonable opportunity to be heard.

**SO ORDERED.**

Date:  **January 8, 2025**
       **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**