IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTONIO CABALLERO,　　　　　　　　　　　　　Case No.: 1:20-mc-00249-VEC

　　　　Plaintiff,

v.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

　　　　Defendants.
_____/

## PLAINTIFF ANTONIO CABALLERO'S SECOND SUPPLEMENTAL STATUS REPORT

Plaintiff, Antonio Caballero ("Caballero") provides the following supplemental status report:

1. On January 8, 2025, this Court granted Caballero's Motion Regarding Providing Notice of Plaintiff Antonio Caballero's Motion for TRIA Turnover and Related Filings to Samark Jose Lopez Bello ("Lopez Bello") and His Related Entities (ECF No. 128) ("Order"). The Order provides that the method of notice proposed by Caballero "is reasonably calculated to provide Lopez Bello and his Related [E]ntities with Notice of the turnover motion and a reasonable opportunity to be heard." ECF No. 128 at 4.

2. The Order required that "Plaintiff must notify the Court within one business day if any of the email notifications are 'bounced' or if any of the mailings are returned as undeliverable." ECF No. 128 at 4.

3. In his status report, Caballero noted for the Court that "[a]lthough not required by the Order, and in the matter referenced in his prior Certificate of Service (*see* ECF No. 126 at 18-21) Caballero has also sent the December 27, 2024 Notice Package and the January 2, 2025 Notice Package to the following individuals and entities: Marron Judgment Creditors, Stansell Judgment Creditors, Osio Judgment Creditors, John Doe Judgment Creditors, Bunge, FARC-EP, and Norte del Valle Cartel." ECF No. 129 at 3-4, n. 3.

4. Today, counsel for Caballero received two returned mailings which were addressed to the Norte del Valle Cartel (**Exhibit A**) and FARC-EP (**Exhibit B**). The returned mailings were sent on January 2, 2025.

5. The returned mailings are not within the scope of the Order. Nonetheless, because Caballero has gone above and beyond the requirements of the Order (by sending the above referenced mailing to the Norte del Valle Cartel and FARC-EP prior to the Order), this second supplement to the status report is filed as a courtesy to, and in the spirit of full transparency towards, this Court.

Respectfully submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano (Admitted PHV Fla. Bar No. 0056091)
Email: jzumpano@zplaw.com
Leon N. Patricios (Admitted PHV Fla. Bar. No. 0012777)
Email: lpatricios@zplaw.com
Zumpano Patricios, P.A.
312 Minorca Ave
Coral Gables, FL 33134
Tel. (305) 444-5565

Nicholas Rostow
Email: nrostow@zplaw.com
Zumpano Patricios, P.A.
134 East 38th Street

New York, New York 10016  
Tel. (212) 381-9914

*Attorneys for Plaintiff Antonio Caballero*

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on January 21, 2025, I electronically filed the foregoing document by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano (Admitted PHV Fla. Bar No. 0056091)