# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTONIO CABALLERO,                                    Case No.: 1:20-mc-00249-VEC

      Plaintiff,

v.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA
a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; and THE NORTE DE
VALLE CARTEL,

      Defendants.

_____/

## <u>THIRD DECLARATION OF LEON N. PATRICIOS</u>

Pursuant to 28 U.S.C. § 1746, I, Leon N. Patricios, hereby declare as follows:

1.      I am an attorney at the law firm of Zumpano Patricios, P.A., and our firm represents Plaintiff, Antonio Caballero ("Caballero") in the above styled action.

2.      I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration.

3.      On February 12 2025, this Court granted Caballero's Motion for Turnover (ECF No. 111, 112) and entered the Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final Turnover Judgment (ECF No. 135) ("Order").

4.      Paragraph 3(d) on pages 7-8 of the Order provides that "[f]or purposes of this Section 3(d), the time by which any Interested Party must file an appeal shall begin to run on the day that Caballero serves them with this Order and Final Turnover Judgment by the means previously authorized by the Court. Caballero must provide proof of service with the Court by no

1

later than one day after service." ECF No. 135 at 8.

5.      On November 25, 2024, this Court entered the Stipulation and Order (ECF No. 116), which authorized the service of the Motion or Turnover (111, 112, 112-1, and 112-2) via email to the following counsels:

   i.   Marron Judgment Creditors: By email to Jaime D. Guttman of Scale Law Partners, LLC at jaime@scale.law. to Samark Jose Lopez Bello ("Lopez Bello") and His Related Entities[1] (ECF No. 128).
   ii.  Stansell Judgment Creditors: By email to Tony Korvick of Porter & Korvick P.A. at tkorvick@porterandkorvick.com; and to Newt Porter of Porter & Korvick P.A. at nporter@porterandkorvick.com.
   iii. Osio Judgment Creditors: By email to Jaime D. Guttman of Scale Law Partners, LLC at jaime@scale.law.
   iv.  John Doe Judgment Creditors (plaintiffs in *John Does 1 through 7 v. the Taliban*, et al., No. 20-mc-740 (S.D.N.Y)): By email to Daniela Jaramillo of do Campo & Thornton, P.A. at dj@dandtlaw.com; to Orlando do Campo of do Campo & Thornton, P.A. at od@dandtlaw.com; and to John Thornton of do Campo & Thornton, P.A. at jt@dandtlaw.com.
   v.   Bunge: By email to Frank Cruz-Alvarez of Arnold & Porter Kaye Scholer LLP at Frank.Cruz-Alvarez@arnoldporter.com.

ECF No. 116 at 3.

6.      On January 8, 2025, this Court entered the Order on Plaintiff Antonio Caballero Motion Regarding Providing Notice of Plaintiff Antonio Caballero's Motion for TRIA Turnover and Related Filings to Lopez Bello and his Related Filings (ECF No. 128) ("Order on Notice"). The Order on Notice ordered that Caballero may provide notice to Lopez Bello and the Related Entities of ECF Nos. 111, 112, 124–127 through the following means:

   • via sending emails and first class mail to Lopez Bello's and/or Yakima's counsels in other matters, specifically to:

      ○ Kerri E. Chewning, Eric I. Yun, Jeffrey M. Scott, Jeffrey M. Kolansky of Archer & Greiner, P.C. at Kchewning@archerlaw.com, eyun@archerlaw.com, jscott@archerlaw.com, and jkolansky@archerlaw.com

---

[1] "Related Entities" refers to Postar Intertrade Ltd. ("Postar") and Yakima Trading Corp. ("Yakima").

- Kerri E. Chewning
  Archer & Greiner, P.C.
  1025 Laurel Oak Road
  Voorhees, NJ 08043

- Eric I. Yun, Jeffrey M. Scott, and Jeffrey M. Kolansky
  Archer & Greiner, P.C.
  Three Logan Square
  1717 Arch Street, Suite 3500
  Philadelphia, PA 19103

o Adams S. Fels of Friedman Fels & Soto, PLLC at afels@ffslawfirm.com

- Adam S. Fels
  Friedman Fels & Soto, PLLC
  150 Alhambra Circle, Suite 715
  Coral Gables, FL 33134

o Glen M. Lindsay of Saavedra Goodwin at glindsay@saavlaw.com

- Glen M. Lindsay
  Saavedra Goodwin
  888 SE 3rd Avenue, Suite 500
  Fort Lauderdale, Fl 33316

o Mr. Matthew D. Osnos of O'Malley, Miles, Nylen & Gilmore, P.A. at mosnos@omng.com

- Mr. Matthew D. Osnos
  O'Malley, Miles, Nylen, & Gilmore, P.A.
  7850 Walker Drive, Suite 310
  Greenbelt, MD 20770

- Via sending a first-class mailing to the Venezuelan facility where Lopez Bello is incarcerated: Business Center Galipan, Centro Empresarial Galipan, Avenida Francisco de Miranda, Caracas 1060, Miranda, Venezuela.[2]

---

[2] As noted in my Second Declaration (ECF No. 132-1 at ¶ 8), the address for the Venezuelan facility where Lopez Bello is incarcerated appeared twice in our submission to the Court (ECF No. 129 at 9) and the Order on Notice (ECF No. 128 at 3). The address is the same except for the location of "1060" in the last line of the address. In an abundance of caution and because "1060" appears in two different places in each address (although it is the position of Caballero that both

- Via sending a first-class mailing to the additional addresses and sending an email to the email addresses provided by former counsels for Lopez Bello (according to counsel for the Marrons) in response to a Court Order allowing their withdrawal:

  Samark Lopez Bello
  Calle los Cedros con Calle El Saman
  Quinta Manantial, Country Club
  Caracas, Miranda, Venezuela 1060

  Samark Lopez Bello
  Business Center Galipan
  Centro Empresarial Galipan
  Avenida Francisco de Miranda
  Caracas, Miranda, Venezuela 1060

  Loisinette Carolina Leiva Pinto
  Qta. Buenaventura Rta B
  Sector Los Campitos
  Caracas, Miranda, Venezuela 1080

  samark1@yahoo.com and

  loisinetteleiva@gmail.com

ECF No. 128 at 1-4.

7.    On February 13, 2025, I directed Jose R. Lopez-Varela, an associate attorney at our law firm, to send the following document to the email addresses (**Composite Exhibit 1**) listed above for counsel for the for Interested Parties[3]:

---

addresses are the same), the Order will be sent to both the addresses listed above as reflected in **Exhibit 2** at 8, 10.

[3] In its Order, the Court defined the Interested Parties as "i) the defendants/judgment debtors, including the FARC; (ii) Lopez Bello, Postar and Yakima; (iii) Bunge; (iv) the plaintiffs in *Marron et al. v. Maduro Moros et al.*, No. 1:21-cv-23190 (S.D. Fla) (the "Marron Plaintiffs"); (v) the plaintiffs in *Stansell et al. v. Revolutionary Armed Forces of Columbia ("FARC") et al.*, No. 19-cv-20896 (S.D. Fla.) (the "Stansell Plaintiffs"); (vi) the plaintiffs in *Osio et al. v. Maduro Moros et al.,*, No. 21-cv-20706 (S.D. Fla.) (the "Osio Plaintiffs"); (vii) judgment creditors of Al Qaeda and the Taliban (the "John Doe Plaintiffs"), who are among the plaintiffs in *In re: Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (the "9/11 Litigation"), and who had served JPMorgan in 2022 with a writ of execution on the Blocked Account that they have since let lapse and is no

- ECF No. 135: Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment

8.     On February 13, 2025, I directed Jose R. Lopez-Varela, an associate attorney at our law firm, to send the following document to the addresses (**Exhibit 2** at 2-15) listed above for Lopez Bello, his Related Entities, his counsel and to the addresses for the judgment debtors Fuerzas Armadas Revolucionarias de Colombia ("FARC") and Norte Del Valle Cartel ("NDVC"):

- ECF No. 135: Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment

9.     With respect to the notice provided via mail on February 13 2025, the envelopes sent to addresses in the U.S. were via first class mail (**Exhibit 2** at 2) while the envelopes sent internationally were sent via first class mail, international large envelope. *Id.* (credit card related information redacted).

10.     As of February 13, 2025, two email notifications sent to certain counsel at Cozen O'Connor and Howarth & Smith for the 9/11 Plaintiffs have "bounced." **Exhibit 3**. But the email was **not "bounced"** by the email inboxes of other lawyers at Cozen O'Connor and Howarth & Smith. *See* **Composite Exhibit 1-C**.

11.     To date, with respect to Lopez Bello, his Related Entities, or his counsel, Caballero has not received any email notifications that were "bounced."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025.

> */s/ Leon N. Patricios*
> Leon N. Patricios

---

longer in force; and (viii) all other plaintiffs in the 9/11 Litigation (the "9/11 Plaintiffs")." ECF No. 135 at 4 ¶ 9.

# COMPOSITE EXHIBIT 1

# COMPOSITE EXHIBIT 1-A

(email to Samark Lopez Bello, the Related Entites, and his Counsel)

**Jose Lopez-Varela**

| | |
|---|---|
| **From:** | Jose Lopez-Varela |
| **Sent:** | Thursday, February 13, 2025 10:38 AM |
| **To:** | 'samark1@yahoo.com'; 'loisinetteleiva@gmail.com'; 'Chewning, Kerri E.'; Yun, Eric I.; Scott, Jeffrey M.; 'jkolansky@archerlaw.com'; 'afels@ffslawfirm.com'; 'glindsay@saavlaw.com'; 'mosnos@omng.com' |
| **Cc:** | Joseph Zumpano; Leon N. Patricios; Danit Darmon |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al. |
| **Attachments:** | [135] Order Granting Plaintiff Antonio Caballero's Motion for Turnover.pdf |

| | |
|---|---|
| **Court** | United States District Court for the Southern District of New York |
| **Case No.:** | 20-mc-00249-VEC |
| **Case Style:** | *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.* |
| **Documents Served:** | • Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment (ECF No.135) |
| **Served By:** | Jose R. Lopez-Varela<br>Tel: (305) 444-5565 |

# COMPOSITE EXHIBIT 1-B

(email to JP Morgan Chase Bank, N.A. and additional counsel referenced in the Stipulation and Order (ECF No. 116)

## Jose Lopez-Varela

| | |
|---|---|
| **From:** | Jose Lopez-Varela |
| **Sent:** | Thursday, February 13, 2025 10:38 AM |
| **To:** | Steven Feigenbaum; Mark.Salky@gtlaw.com; 'jaime@scale.law'; 'Tony Korvick'; Newt Porter; 'Dj@dandtlaw.Com'; 'Od@dandtlaw.Com'; 'Frank.Cruz-Alvarez@arnoldporter.com' |
| **Cc:** | Joseph Zumpano; Leon N. Patricios; Danit Darmon |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al. |
| **Attachments:** | [135] Order Granting Plaintiff Antonio Caballero's Motion for Turnover.pdf |

| | |
|---|---|
| **Court** | United States District Court for the Southern District of New York |
| **Case No.:** | 20-mc-00249-VEC |
| **Case Style:** | *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.* |
| **Documents Served:** | • Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment (ECF No.135) |
| **Served By:** | Jose R. Lopez-Varela<br>Tel: (305) 444-5565 |

# COMPOSITE EXHIBIT 1-C

(email to Alex Lakatos, counsel for the Marron Plaintiffs, John Andres Thornton, counsel for the Doe Plaintiffs and all other counsels for the 9/11 Plaintiffs which Antonio Caballero provided notice of ECF No. 111, 112 on November 18, 2024)

## Jose Lopez-Varela

| | |
|---|---|
| **From:** | Jose Lopez-Varela |
| **Sent:** | Thursday, February 13, 2025 4:16 PM |
| **To:** | 'akearse@motleyrice.com'; 'mdl1570@howarth-smith.com'; 'Jack@cordraylawfirm.Com'; 'Jflowers@motleyrice.Com'; 'Corrlaw@verizon.Net'; 'jcullen@stark-stark.com'; 'rburbidge@burbidgemitchell.com'; 'mdl1570@howarth-smith.com'; 'Ssmith@howarth-Smith.Com'; 'Davidleeattorney@gmail.com'; 'jgalligan@cozen.com'; 'Mmullen@cozen.Com'; 'msommi@cozen.com'; 'Efeldman@cozen.Com'; 'Cphillips@sidley.com'; 'Scarter1@cozen.Com'; 'jbj@beasleyfirm.com'; 'Dgr@beasleyfirm.Com'; Lakatos, Alex; 'Jt@dandtlaw.Com' |
| **Cc:** | Joseph Zumpano; Leon N. Patricios; Danit Darmon |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al. |
| **Attachments:** | [135] Order Granting Plaintiff Antonio Caballero's Motion for Turnover.pdf |

| Court | United States District Court for the Southern District of New York |
|---|---|
| **Case No.:** | 20-mc-00249-VEC |
| **Case Style:** | *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.* |
| **Documents Served:** | • Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment (ECF No.135) |
| **Served By:** | Jose R. Lopez-Varela<br>Tel: (305) 444-5565 |

# EXHIBIT 2



**UNITED STATES**
**POSTAL SERVICE.**

CORAL GABLES
251 VALENCIA AVE
CORAL GABLES, FL 33134-9998
(800)275-8777

02/13/2025                          05:02 PM
-----------------------------------------------
Product              Qty   Unit      Price
                           Price
-----------------------------------------------
First-Class Mail      1              $5.78
Intl™ Large Envelope
(Flat)
        Venezuela (Bolivarian Republic of)
        Weight: 0 lb 2.10 oz

First-Class Mail®     1              $2.04
Large Envelope
        Philadelphia, PA 19103
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Tue 02/18/2025

First-Class Mail®     1              $2.04
Large Envelope
        Miami, FL 33134
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Sat 02/15/2025

First-Class Mail®     1              $2.04
Large Envelope
        Voorhees, NJ 08043
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Tue 02/18/2025

First-Class Mail®     1              $2.04
Large Envelope
        Florence, CO 81226
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Wed 02/19/2025

First-Class Mail®     1              $2.04
Large Envelope
        Florence, CO 81226
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Wed 02/19/2025

First-Class Mail®     1              $2.04
Large Envelope
        Fort Lauderdale, FL 33316
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Sat 02/15/2025

First-Class Mail      1              $5.78
Intl™ Large Envelope
(Flat)
        Venezuela (Bolivarian Republic of)
        Weight: 0 lb 2.10 oz

First-Class Mail®     1              $2.04
Large Envelope
        Greenbelt, MD 20770
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Tue 02/18/2025

First-Class Mail®     1              $2.04
Large Envelope
        Petersburg, VA 23804
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Tue 02/18/2025

First-Class Mail®     1              $2.04
Large Envelope
        Hopewell, VA 23860
        Weight: 0 lb 2.10 oz
        Estimated Delivery Date
          Wed 02/19/2025

First-Class Mail      1              $5.78
Intl™ Large Envelope
(Flat)
        Venezuela (Bolivarian Republic of)
        Weight: 0 lb 2.20 oz

First-Class Mail      1              $5.78
Intl™ Large Envelope
(Flat)
        Venezuela (Bolivarian Republic of)
        Weight: 0 lb 2.10 oz
-----------------------------------------------
Grand Total:                        $41.48
-----------------------------------------------
Credit Card Remit                   $41.48

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Kerri E. Chewning

Archer & Greiner, P.C.

1025 Laurel Oak Road

Voorhees, NJ 08043

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Eric I. Yun, Jeffrey M. Scott, and Jeffrey M. Kolansky

Archer & Greiner, P.C.

Three Logan Square

1717 Arch Street, Suite 3500

Philadelphia, PA 19103

ZUMPANO PATRICIO
312 Minorca Ave.
Coral Gables, FL 33134

Adam S. Fels

Friedman Fels & Soto, PLLC

150 Alhambra Circle, Suite 715

Coral Gables, FL 33134

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Glen M. Lindsay

Saavedra Goodwin

888 SE 3rd Avenue, Suite 500

Fort Lauderdale, Fl 33316

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Mr. Matthew D. Osnos

O'Malley, Miles, Nylen, & Gilmore, P.A.

7850 Walker Drive, Suite 310

Greenbelt, MD 20770

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Samark Lopez Bello

Business Center Galipan

Centro Empresarial Galipan

Avenida Francisco de Miranda

Caracas 1060, Miranda, Venezuela

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Samark Lopez Bello

Calle los Cedros con Calle El Saman

Quinta Manantial, Country Club

Caracas. Miranda, Venezuela 1060

ZUMPANO **PATRICIOS**
**312 Minorca** Ave.
**Coral Gables,** FL 3313-i

Samark Lopez Bello

Business Center Galipan

Centro Empresarial Galipan

Avenida Francisco de Miranda

Carcas, Miranda, Venezuela 1060

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Loisinette Carolina Leiva Pinto

Qta. Buenaventura Rta B

Sector Los Campitos

Caracas, Miranda, Venezuela 1080

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

FARC-EP

c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"

Member of FARC-EP

BOP Register No. 27896-016

USP Florence ADMAX-U.S. Penitentiary

P.O. Box 8500

Florence, CO 81226

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

FARC-EP

c/o Juvenal Ovidio Ricardo Palmera Pineda a/k/a "Simon Trinidad"

Member of FARC-EP

BOP Register No. 27896-016

USP Florence ADMAX

5880 Hwy 67 South

Florence, CO 81226

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Norte del Valle Cartel

c/o Diego Leon Montoya Sanchez

Member of NDVC

BOP Register No. 04171-748

FCI Petersburg Medium

P.O. Box 1000

Petersburg, VA 23804

ZUMPANO PATRICIOS
312 Minorca Ave.
Coral Gables, FL 33134

Norte del Valle Cartel

c/o Diego Leon Montoya Sanchez

Member of NDVC

BOP Register No. 04171-748

FCI Petersburg Medium

1060 River Road

Hopewell, VA 23860

# EXHIBIT 3

**Jose Lopez-Varela**

| | |
|---|---|
| **From:** | postmaster@cozen.com |
| **To:** | msommi@cozen.com |
| **Sent:** | Thursday, February 13, 2025 4:16 PM |
| **Subject:** | Undeliverable: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al. |

## Delivery has failed to these recipients or groups:

msommi@cozen.com
Your message was rejected by the recipient email system. Please check the recipient's email address and try resending your message, or contact the recipient directly.

**Diagnostic information for administrators:**

Generating server: DCAEXCH1601.cozen.com

msommi@cozen.com
Remote Server returned '554 5.1.0 < #5.1.10 smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup>'

Original message headers:

```
Received: from DCAEXCH1604.cozen.com (10.145.1.54) by DCAEXCH1601.cozen.com
 (10.145.1.51) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.39; Thu, 13 Feb
 2025 16:16:22 -0500
Received: from mx0a-00134401.pphosted.com (10.125.45.204) by
 DCAEXCH1604.cozen.com (10.145.1.54) with Microsoft SMTP Server
 (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id
 15.1.2507.39 via Frontend Transport; Thu, 13 Feb 2025 16:16:22 -0500
Received: from pps.filterd (m0119260.ppops.net [127.0.0.1])
        by mx0b-00134401.pphosted.com (8.18.1.2/8.18.1.2) with ESMTP id
 51DJegvO025957;
        Thu, 13 Feb 2025 16:16:21 -0500
Authentication-Results: cozen.com;
        dkim=pass header.d=zplaw.com header.s=2021111020272713;
        spf=pass smtp.mailfrom=jlopezvarela@zplaw.com;
        dmarc=pass header.from=zplaw.com
Received: from pps.reinject (localhost [127.0.0.1])
        by mx0b-00134401.pphosted.com (PPS) with ESMTPS id 44s4ey3aky-1
        (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=NOT);
        Thu, 13 Feb 2025 16:16:20 -0500 (EST)
Received: from m0119260.ppops.net (m0119260.ppops.net [127.0.0.1])
        by pps.reinject (8.18.0.8/8.18.0.8) with ESMTP id 51DLFtdf014642;
        Thu, 13 Feb 2025 16:16:19 -0500
Received: from aesomtco14d.serverdata.net (aesomtco14d.serverdata.net
```

```
[64.78.32.95])
        by mx0b-00134401.pphosted.com (PPS) with ESMTPS id 44s4ey3akc-1
        (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=NOT);
        Thu, 13 Feb 2025 16:16:19 -0500 (EST)
Received: from aesoc-co-1-28.serverpod.net (aesoc-co-1-28.serverpod.net
 [10.224.97.35])
        by aesomt-co-1-4.localdomain (Postfix) with ESMTP id 7DB161400E0;
        Thu, 13 Feb 2025 13:16:09 -0800 (PST)
DKIM-Signature: v=1;a=rsa-sha256;c=relaxed/simple;d=zplaw.com;
        i=jlopezvarela@zplaw.com;q=dns/txt;s=2021111020272713;
        t=1739481369;h=from:to:subject:date;
        bh=HrnZ/f5RnG54n61aRCvB4LOrvtM0gbyyn4SI2TzsDKE=;
        b=ccGUDLP36CGKYrZLdxrcLVjuu/qLFFYdg0gSsjNo/PT93b7zd00VjBup
        /BbKsWpekKEyvf53lbiVfhVn/e3Gk+MNsZbRHDN9ibXnG1+oXqg+ASAjpQ
        5+UPRA6IbQZlu0t0c6vODVjDBMUGpTVndtBY1LZTz1sNgUsq+ClfVbOr0L
        BHmbJiQ6ZWWfC4IQMfkfFfZu8TH/9GAtjn5ebgMRpTIn6buIPtxk31e9UR
        bx/CN0jUG8JeueFX0JiBAe8wjjQu98nhH7tDqS0bO0PuypDLobwgN9WTvP
        GaaaQcu0UtMjkZN6HICr2/RdXIu1K76plrTUVctnKWUWE4rqrnygbw==
Received: from MBX092-W7-CO-4.exch092.serverpod.net (unknown [10.226.23.222])
        by aesomt-co-1-1.localdomain (Postfix) with ESMTP id EC422100061;
        Thu, 13 Feb 2025 13:16:05 -0800 (PST)
Received: from MBX092-W7-CO-5.exch092.serverpod.net (10.226.23.224) by
 MBX092-W7-CO-4.exch092.serverpod.net (10.226.23.222) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
 15.1.2507.39; Thu, 13 Feb 2025 13:16:04 -0800
Received: from MBX092-W7-CO-5.exch092.serverpod.net ([10.226.23.224]) by
 MBX092-W7-CO-5.exch092.serverpod.net ([10.226.23.224]) with mapi id
 15.01.2507.039; Thu, 13 Feb 2025 13:16:04 -0800
From: Jose Lopez-Varela <jlopezvarela@zplaw.com>
To: "akearse@motleyrice.com" <akearse@motleyrice.com>,
        "mdl1570@howarth-smith.com" <mdl1570@howarth-smith.com>,
        "Jack@cordraylawfirm.Com" <Jack@cordraylawfirm.Com>,
        "Jflowers@motleyrice.Com" <Jflowers@motleyrice.Com>, "Corrlaw@verizon.Net"
        <Corrlaw@verizon.Net>, "jcullen@stark-stark.com" <jcullen@stark-stark.com>,
        "rburbidge@burbidgemitchell.com" <rburbidge@burbidgemitchell.com>,
        "mdl1570@howarth-smith.com" <mdl1570@howarth-smith.com>,
        "Ssmith@howarth-Smith.Com" <Ssmith@howarth-Smith.Com>,
        "Davidleeattorney@gmail.Com" <Davidleeattorney@gmail.Com>,
        "jgalligan@cozen.com" <jgalligan@cozen.com>, "Mmullen@cozen.Com"
        <Mmullen@cozen.Com>, "msommi@cozen.com" <msommi@cozen.com>,
        "Efeldman@cozen.Com" <Efeldman@cozen.Com>, "Cphillips@sidley.com"
        <Cphillips@sidley.com>, "Scarter1@cozen.Com" <Scarter1@cozen.com>,
        "jbj@beasleyfirm.com" <jbj@beasleyfirm.com>, "Dgr@beasleyfirm.Com"
        <Dgr@beasleyfirm.Com>, "Lakatos, Alex" <ALakatos@mayerbrown.com>,
        "Jt@dandtlaw.Com" <Jt@dandtlaw.Com>
CC: Joseph Zumpano <jzumpano@zplaw.com>, "Leon N. Patricios"
        <lpatricios@zplaw.com>, Danit Darmon <ddarmon@zplaw.com>
Subject: RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio
 Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.
Thread-Topic: RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC;
 Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.
Thread-Index: Adt+R7C3voXGF9TdQMmdg74uH5KsBg==
Date: Thu, 13 Feb 2025 21:16:04 +0000
Message-ID: <66d5baf06fe74d8f9fde33726f102455@zplaw.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [173.9.134.197]
x-source-routing-agent: True
Content-Type: multipart/mixed;
        boundary="_004_66d5baf06fe74d8f9fde33726f102455zplawcom_"
```

```
X-CMAE-Score: 0
X-CMAE-Analysis: v=2.4 cv=KOtJsXJo c=1 sm=1 tr=0 ts=67ae6116
        a=7ruFbfybq4tX7GFC3tN4+g==:117 a=4JwLh493kdEA:10 a=T2h4t0Lz3GQA:10
        a=KI3Fr2yEAAAA:8 a=kiCeyYw0xQIiDsaGJ4A:9 a=CjuIK1q_8ugA:10
        a=zgiPjhLxNE0A:10 a=ZXulRonScM0A:10 a=yMhMjlubAAAA:8 a=SSmOFEACAAAA:8
        a=jgHN3FpyLpKV2-PgRNUA:9 a=qs10uCMT2v297ky8:21 a=gKO2Hq4RSVkA:10
        a=UiCQ7L4-1S4A:10 a=hTZeC7Yk6K0A:10 a=frz4AuCg-hUA:10
        a=BTTlAb0bA6pQqlNoHqIA:9 a=n3BslyFRqc0A:10 a=rls1ZAiwvL0A:10
        a=NBn9zQy6t-YA:10 a=q9rdE5YYJ_8A:10 a=26UssBlPrEQA:10
        a=KGdZTNmmYgaCbLoq5spN:22
Spam-Stopper-Id: 9dd1f1aa-583a-482c-a40a-f4823f94039b
Spam-Stopper-v2: Yes
X-Envelope-Mail-From: jlopezvarela@zplaw.com
X-Spam-Score: 0
X-Spam-Category: LEGIT
X-Spam-Reasons: {'verdict': 'clean',
 'spamcause':

 'gggruggvucftvghtrhhoucdtuddrgeefvddrtddtgdegjeekvdcutefuodetggdotefrodftvfcurfhrohhfihhl
 vgemucfkpffvgfftoffgfffktedpqfgfvfenuceurghilhhouhhtmecufedttdenucesvcftvggtihhpihgvvhhts
 hculddquddttddmnecujfgurhephffvvefuthffkfhitgggsehmtdhjredttddvnecuhfhrohhmpeflohhsvgcunf
 hophgviidqgggrrhgvlhgruceojhhlohhpvgiivhgrrhgvlhgrseiiphhlrgifrdgtohhmqeenucggtffrrghtthg
 vrhhnpeeiteejgeeltddtgeektefgfeeuvdeileduhfegveeifeekieeigfefgeevtdduvdenucffohhmrghinhep
 iihplhgrfidrtghomhenucfkphepudejfedrledrudefgedrudeljeenucevlhhushhtvghrufhiiigvpedtnecur
 fgrrhgrmhepihhnvghtpefpohhnvgdpmhgrihhlfhhrohhmpehjlhhophgviihvrghrvglhrgesiihplhgrfidrtg
 homhdpnhgsghrtghpthhtohepudelpdhrtghpthhtohepffhgrhessggvrghslhgvhihfihhrmhdrvehomdhprhgt
 tphhtthhopehjsghjsegsvggrshhlvgihfhhirhhmrdgtohhmpdhrtghpthhtoheprhgsuhhrsghiughgvgessghu
 rhgsihgughgvmhhithgthhgvlhhlrdgtohhmpdhrtghpthhtohepffgrtghksegtohhrughrrgihlhgrfihfihhrm
 hdrvehomhdprhgtphhtthhopefgfhgvlhgumhgrnhestghoiigvnhdrvehomhdprhgtphhtthhopefomhhulhhlvg
 hnseg

 tohiivghnrdevohhmpdhrtghpthhtohepufgtrghrthgvrhdusegtohiivghnrdevohhmpdhrtghpthhtohepjhhg
 rghllhhighgrnhestghoiigvnhdrtghomhdprhgtphhtthhopehmshhomhhmihestghoiigvnhdrtghomh',
 'elapsed': '59ms'}
X-AES-Category: LEGIT
X-CLX-Shades: MLX
X-CLX-Response: 1TFkXGB4dEQpMehcaEQpZRBdpWBMcXFtBYxhJaxEKWFgXbV9NSxhcTnJyeF0
 RCnhOF3peHE9sRRNnUgVoEQp5TBdtQBgTWmdLGFBaXBEKQ0gXHh4RCkNZFwcZHxsRCkNJFxoEGh
 oaEQpZTRdnZnIRCl1JFxpxGhAadwYYGB1xGRwTEBp3BhgaBhoRCl1eF2xseREKSUYXSUVQT0R1Q
 kVZXk9OEQpJRxd4T00RCkNOF2ZeRElHRWBLRWRbZF1LeWQdfx11QB9NZ0EHUh5yU3BLEQpYXBcf
 BBoEGRMbBRsaBBsbGgQbGR4EGRkQGx4aHxoRCl5ZF08fa30FEQpNXBceGhwRCkxaF29pTRJNEQp
 MRhdva2tra2sRCkJPF2FbEml8e1xwc2FmEQpDWhccHgQdEgQZGAQTHxEKQl4XGxEKRFgXHhEKRF
 4XGRMRCkRJFxkRCkJcFxsRC15OFxsRCkJLF3peHE9sRRNnUgVoEQpCSRd6XhxPbEUTZ1IFaBEKQ
 kUXYU55bEBTSRwafloRCkJOF3peHE9sRRNnUgVoEQpCTBdtX01LGFxOcnJ4XREKQmwXaH98ExpB
 eAVoUkQRCkJAF21bcx5BbhoYfnABEQpaWBcbEQp5QxdiGmllGmkAW1wWhEKWUsXEhseHREKcGg
 Xb2xeXWt+cFBEeG4QGRoRCnBoF2lCZl9tEkRcTUYbEBkaEQpwaBdpbh9jHkdSRAFYUBAZGhEKcG
 gXbx8SUEVvbn9nexsQGRoRCnBoF25Tf118UGFnEQpRBRnEBkaEQpwaBdsHHlYbVxoR3p5TBAZGhEKc
 GgXY1xMU25Qe29eEmEQHhIRCnBoF21mAUJabWBpRXBEEB4SEQpwfRdjYEVOUk5mcEZ7XRAdGhEK
 cH0XYEFie1oBHVl7Q2gQGRoRCnB/F29dRRpCXAF+E0tDEB0aEQpwXxdjYEVOUk5mcEZ7XRAdGhE
 KcF8Xa15cWB4SQUYcHGUQGRoRCnBsF2FebWZaRRxPS31hEBwaEQptfhcaEQpYTRdLESA=
X-Proofpoint-GUID: FsmKYvlv9tZJqVUMDWc9ZWmSZ0YHooWt
X-Proofpoint-ORIG-GUID: LtncmoJaoNqNwaSN7U7_j5gMk-x4XyZa
X-Authority-Analysis: v=2.4 cv=RPxJH5i+ c=1 sm=1 tr=0 ts=67ae6124 cx=c_pps
 a=m25uIU53uWRf/kUCdudekg==:117 a=4JwLh493kdEA:10 a=T2h4t0Lz3GQA:10
 a=JETCFTfZ2CkA:10 a=KI3Fr2yEAAAA:8 a=-kiCeyYw0xQIiDsaGJ4A:9 a=CjuIK1q_8ugA:10
 a=zgiPjhLxNE0A:10 a=ZXulRonScM0A:10
 a=yMhMjlubAAAA:8 a=SSmOFEACAAAA:8 a=jgHN3FpyLpKV2-PgRNUA:9
 a=qs10uCMT2v297ky8:21 a=gKO2Hq4RSVkA:10 a=UiCQ7L4-1S4A:10 a=hTZeC7Yk6K0A:10
 a=frz4AuCg-hUA:10 a=BTTlAb0bA6pQqlNoHqIA:9 a=n3BslyFRqc0A:10
 a=rls1ZAiwvL0A:10 a=NBn9zQy6t-YA:10 a=q9rdE5YYJ_8A:10
 a=26UssBlPrEQA:10 a=Dv6rsOvMKJBkoN-yIYv3:22 a=KGdZTNmmYgaCbLoq5spN:22
MIME-Version: 1.0
```

```
X-Proofpoint-Virus-Version: vendor=baseguard
 engine=ICAP:2.0.293,Aquarius:18.0.1057,Hydra:6.0.680,FMLib:17.12.68.34
 definitions=2025-02-13_08,2025-02-13_01,2024-11-22_01
X-Proofpoint-Spam-Details: rule=inbound_notspam policy=inbound score=0
 impostorscore=0 adultscore=0
 phishscore=0 spamscore=0 mlxscore=0 clxscore=247 suspectscore=0
 priorityscore=0 lowpriorityscore=0 malwarescore=0 bulkscore=0 classifier=
 authscore=0 authtc=n/a authcc= route=inbound adjust=0 reason=mlx
 scancount=1 engine=8.21.0-2501170000 definitions=main-2502130150
 domainage_hfrom=8147
Return-Path: jlopezvarela@zplaw.com
```

**Jose Lopez-Varela**

---

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@aesomt-co-1-4.localdomain> |
| **To:** | mdl1570@howarth-smith.com |
| **Sent:** | Thursday, February 13, 2025 4:16 PM |
| **Subject:** | Undeliverable: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al. |

## Delivery has failed to these recipients or groups:

mdl1570@howarth-smith.com
A communication failure occurred during the delivery of this message. Please try resending the message later. If the problem continues, contact your email admin.

The following organization rejected your message: howarthsmith-com01i.mail.protection.outlook.Com.

**Diagnostic information for administrators:**

Generating server: aesomt-co-1-4.localdomain

mdl1570@howarth-smith.com
howarthsmith-com01i.mail.protection.outlook.Com
Remote Server returned '554 5.4.1 <howarthsmith-com01i.mail.protection.outlook.Com #5.4.1 smtp; 550 5.4.1 Recipient address rejected: Access denied. [SJ5PEPF000001F0.namprd05.prod.outlook.com 2025-02-13T21:16:10.182Z 08DD4A63560EF24C]>'

Original message headers:

```
Return-Path: <jlopezvarela@zplaw.com>
Received: from aesoc-co-1-28.serverpod.net (aesoc-co-1-28.serverpod.net [10.224.97.35])
        by aesomt-co-1-4.localdomain (Postfix) with ESMTP id 7DB161400E0;
        Thu, 13 Feb 2025 13:16:09 -0800 (PST)
DKIM-Signature: v=1;a=rsa-sha256;c=relaxed/simple;d=zplaw.com;
    i=jlopezvarela@zplaw.com;q=dns/txt;s=2021111020272713;
    t=1739481369;h=from:to:subject:date;
    bh=HrnZ/f5RnG54n61aRCvB4LOrvtM0gbyyn4SI2TzsDKE=;
    b=ccGUDLP36CGKYrZLdxrcLVjuu/qLFPYdg0gSsjNo/PT93b7zd00VjBup
    /BbKsWpekKEyvf531biVfhVn/e3Gk+MNsZbRHDN9ibXnG1+oXqg+ASAjpQ
    5+UPRA6IbQZlu0t0c6vODVjDBMUGpTVndtBY1LZTz1sNgUsq+ClfVbOr0L
    BHmbJiQ6ZWWfC4IQMfkfFfZu8TH/9GAtjn5ebgMRpTIn6buIPtxk31e9UR
    bx/CN0jUG8JeueFX0JiBAe8wjjQu98nhH7tDqS0bO0PuypDLobwgN9WTvP
    GaaaQcu0UtMjkZN6HICr2/RdXIu1K76plrTUVctnKWUWE4rqrnygbw==
Received: from MBX092-W7-CO-4.exch092.serverpod.net (unknown [10.226.23.222])
        by aesomt-co-1-1.localdomain (Postfix) with ESMTP id EC422100061;
        Thu, 13 Feb 2025 13:16:05 -0800 (PST)
Received: from MBX092-W7-CO-5.exch092.serverpod.net (10.226.23.224) by
 MBX092-W7-CO-4.exch092.serverpod.net (10.226.23.222) with Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id
```

```
15.1.2507.39; Thu, 13 Feb 2025 13:16:04 -0800
Received: from MBX092-W7-CO-5.exch092.serverpod.net ([10.226.23.224]) by
 MBX092-W7-CO-5.exch092.serverpod.net ([10.226.23.224]) with mapi id
 15.01.2507.039; Thu, 13 Feb 2025 13:16:04 -0800
From: Jose Lopez-Varela <jlopezvarela@zplaw.com>
To: "akearse@motleyrice.com" <akearse@motleyrice.com>,
        "mdl1570@howarth-smith.com" <mdl1570@howarth-smith.com>,
        "Jack@cordraylawfirm.Com" <Jack@cordraylawfirm.Com>,
        "Jflowers@motleyrice.com" <Jflowers@motleyrice.com>, "Corrlaw@verizon.Net"
        <Corrlaw@verizon.Net>, "jcullen@stark-stark.com" <jcullen@stark-stark.com>,
        "rburbidge@burbidgemitchell.com" <rburbidge@burbidgemitchell.com>,
        "mdl1570@howarth-smith.com" <mdl1570@howarth-smith.com>,
        "Ssmith@howarth-Smith.Com" <Ssmith@howarth-Smith.Com>,
        "Davidleeattorney@gmail.Com" <Davidleeattorney@gmail.Com>,
        "jgalligan@cozen.com" <jgalligan@cozen.com>, "Mmullen@cozen.Com"
        <Mmullen@cozen.Com>, "msommi@cozen.com" <msommi@cozen.com>,
        "Efeldman@cozen.Com" <Efeldman@cozen.Com>, "Cphillips@sidley.com"
        <Cphillips@sidley.com>, "Scarter1@cozen.Com" <Scarter1@cozen.Com>,
        "jbj@beasleyfirm.com" <jbj@beasleyfirm.com>, "Dgr@beasleyfirm.Com"
        <Dgr@beasleyfirm.Com>, "Lakatos, Alex" <ALakatos@mayerbrown.com>,
        "Jt@dandtlaw.Com" <Jt@dandtlaw.Com>
CC: Joseph Zumpano <jzumpano@zplaw.com>, "Leon N. Patricios"
        <lpatricios@zplaw.com>, Danit Darmon <ddarmon@zplaw.com>
Subject: RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC; Antonio
 Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.
Thread-Topic: RE: SERVICE OF COURT DOCUMENT: Case No.: 20-mc-00249-VEC;
 Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.
Thread-Index: Adt+R7C3voXGF9TdQMmdq74uH5KsBg==
Date: Thu, 13 Feb 2025 21:16:04 +0000
Message-ID: <66d5baf06fe74d8f9fde33726f102455@zplaw.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [173.9.134.197]
x-source-routing-agent: True
Content-Type: text/plain
MIME-Version: 1.0
X-CMAE-Score: 0
X-CMAE-Analysis: v=2.4 cv=KOtJsXJo c=1 sm=1 tr=0 ts=67ae6116
        a=7ruFbfybq4tX7GFC3tN4+g==:117 a=4JwLh493kdEA:10 a=T2h4t0Lz3GQA:10
        a=KI3Fr2yEAAAA:8 a=-kiCeyYw0xQIiDsaGJ4A:9 a=CjuIK1q_8ugA:10
        a=zgiPjhLxNE0A:10 a=ZXu1RonScM0A:10 a=yMhMjlubAAAA:8 a=SSmOFEACAAAA:8
        a=jgHN3FpyLpKV2-PgRNUA:9 a=qs10uCMT2v297ky8:21 a=gKO2Hq4RSVkA:10
        a=UiCQ7L4-1S4A:10 a=hTZeC7Yk6K0A:10 a=frz4AuCg-hUA:10
        a=BTTlAb0bA6pQqlNoHqIA:9 a=n3BslyFRqc0A:10 a=rls1ZAiwvL0A:10
        a=NBn9zQy6t-YA:10 a=q9rdE5YYJ_8A:10 a=26UssBlPrEQA:10
        a=KGdZTNmmYgaCbLoq5spN:22
Spam-Stopper-Id: 9dd1f1aa-583a-482c-a40a-f4823f94039b
Spam-Stopper-v2: Yes
X-Envelope-Mail-From: jlopezvarela@zplaw.com
X-Spam-Score: 0
X-Spam-Category: LEGIT
X-Spam-Reasons: {'verdict': 'clean',
 'spamcause':
'gggruggvucftvghtrhhoucdtuddrgeefvddrtddtgdegjeekvdcutefuodetggdotefrodftvfcurfhrohhfihhl
vgemucfkpffvgfftoffgfffktedpqfgfvfenuceurghilhhouhhtmecufedttdenucesvcftvggtihhpihgvnhhts
hculdddquddttddmnecujfgurhephffvvefuthffkfhitgggsehmtdhjredttddvnecuhfhrohhmpeflohhsvgcunf
hophgviidqgggrrhgvlhgruceojhhlohhpvgiivhgrrhgvlhgrseiiphhlrgifrdgtohhmqeenucggtffrrghtthg
vrhhnpeeiteejgeeltddtgeektefgfeeuvdeileduhfegveeifeekieeigfefgeevtdduvdenucffohhmrghinhep
iihplhgrfidrtghomhenucfkphepudejfedrledrudefgedrudeljeenucevlhhushhtvghrufhiiigvpedtnecur
fgrrhgrmhepihhnvghtpefpohhnvgdpmhgrihhlfhhrohhmpehjlhhophgviihvrghrvghlrgesiihplhgrfidrtg
```

```
homhdpnhgspghrtghpthhtohepudelpdhrtghpthhtohepffhgrhessggvrghslhgvhihfihhrmhdrvehomhdprhg
tphhtthhopehjsghjsegsvggrshhlvgihfhhirhhmrdgtohhmpdhrtghpthhtoheprhgsuhhrsghiughgvgessghu
rhgsihgughgvmhhithgthhgvlhhlrdgtohhmpdhrtghpthhtoheplfgrtghksegtohhrughrrgihlhgrfihfihhrm
hdrvehomhdprhgtphhtthhopefgfhgvlhgumhgrnhestghoiigvnhdrvehomhdprhgtphhtthhopefomhhulhhlvg
hnseg


tohiivghnrdevohhmpdhrtghpthhtohepufgtrghrthgvrhdusegtohiivghnrdevohhmpdhrtghpthhtohepjhhg
rghllhhighgrnhestghoiigvnhdrtghomhdprhgtphhtthhopehmshhomhhmihestghoiigvnhdrtghomh',
 'elapsed': '59ms'}
X-AES-Category: LEGIT
```