USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO CABALLERO,<br><br>*Plaintiff*,<br><br>v.<br><br>FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA; and THE NORTE DE VALLE CARTEL,<br><br>*Defendants*. | Case No. 20-mc-00249 |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Blair E. Trahan to be admitted, pro hac vice, to represent Non-Party Respondents Ministerio del Poder Popular de Economia y Finanzas de la República Bolivariana de Venezuela, Petróleos de Venezuela, S.A., Petrocedeño, S.A., Venezuelan Heavy Industries C.A., Aceites y Solventes Venezolanos Vassa, S.A., Petro San Felix, S.A., Petrowarao, S.A., PDV Marina, S.A., Venfleet Ltd., Venfleet Asphalt Ltd., and Venfleet Products Ltd. (collectively, the "Venezuelan Non-Parties") in the above-captioned action, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Texas and the District of Columbia, it is hereby:

ORDERED, that Blair E. Trahan is admitted to practice, *pro hac vice*, in the above-captioned case to represent the Venezuelan Non-Parties in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.

2

Dated: February 28, 2025

New York, New York

_____
Hon. Valerie Caproni
United States District Court Judge