```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO CABALLERO,

                    Plaintiff,

-against-

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA a/k/a FARC-EP a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA & THE NORTE DE VALLE CARTEL,

                    Defendants.

20-MC-249 (VEC)

ORDER

---

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court for a conference on March 20, 2025.

    IT IS HEREBY ORDERED that the Court's prior Order at Dkt. 151 is modified only to the extent to lift the stay on JPMorgan's obligation under Section 2 of the Court's Order at Dkt. 135 to transfer the funds in the Blocked Account to Plaintiff.

    IT IS FURTHER ORDERED THAT this case is STAYED pending the Second Circuit's decision in *Havlish, et al. v. Federal Reserve Bank of N.Y.*, No. 23-258 (2d Cir. Feb. 28, 2023). Within seven days of any decision in *Havlish*, the parties are required to meet and confer and file a joint letter proposing next steps.

**Dated: March 20, 2025**

SO ORDERED:

_____
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE