USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/25_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO CABALLERO,

     Plaintiff,

   -against-

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES OF
COLOMBIA & THE NORTE DE VALLE
CARTEL,

     Defendants.

---

20-MC-249 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 20, 2025, the Court stayed this case pending the Second Circuit's decision in *Havlish, et al. v. Federal Reserve Bank of N.Y.*, No. 23-258 (2d Cir. Feb. 28, 2023), *see* Dkt. 155;

WHEREAS on April 7, 2025, Hon. Darrin Gayles in the Southern District of Florida granted JPMorgan's Motion to consolidate and transfer Interpleader Proceedings that had been filed in *Stansell et al. v. Revolutionary Armed Forces of Colombia* ("*Stansell*"), No. 25-CV-4181 and *Alban Osio et al. v. Maduro Moros et al.* ("*Osio*"), No. 25-CV-3992 to the Southern District of New York to be consolidated with this matter; *see Osio*, Dkt. 1–5;

WHEREAS on May 13, 2025, *Osio* was transferred to the Southern District of New York and on May 19, 2025, *Stansell* was transferred to the Southern District of New York;

WHEREAS on June 6, 2025, Plaintiff moved to have this case consolidated with *Stansell* and *Osio* and requested that the Court (1) renumber *Stansell* and *Osio* with the number of this

action; (2) proceed with JPM's interpleader complaint in this case; and (3) deem all responses to the interpleader complaints filed prior to the Consolidation and Transfer Orders to be consolidated into this action.  Plaintiff proposed in the alternative that JPM could be ordered to refile in this action a single interpleader complaint that addresses the claims in this case, *Stansell* and *Osio*, *see* Dkt. 158;

WHEREAS on June 10, 2025, Plaintiffs in *Stansell* moved to transfer the case back to the Southern District of Florida based on an intervening change in Florida law that occurred after the cases were transferred, *Stansell*, Dkt. 5; and

WHEREAS on July 1, 2025, Plaintiffs in *Stansell* withdrew their motion to transfer, Dkts. 12–13.

IT IS HEREBY ORDERED that the Clerk of Court is directed to consolidate this case with *Stansell*, No. 25-CV-4181, and *Osio*, No. 25-CV-3992.

IT IS FURTHER ORDERED that the caption of this case should be changed to In re Claims Against the Valero-Petrocedeno Account, and all filings in any of the consolidated cases shall be made solely under docket number 20-MC-249 (VEC).

IT IS FURTHER ORDERED that JPMorgan must show cause by **July 25, 2025,** why the interpleader proceedings should not be STAYED pending a decision in *Havlish, et al. v. Federal Reserve Bank of N.Y.*, No. 23-258 (2d Cir. Feb. 28, 2023), by the Second Circuit.

**SO ORDERED.**

**Date:  July 8, 2025**
      **New York, New York**

_____
    **HON. VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**

2