

**ZUMPANO PATRICIOS**

312 Minorca Avenue | Coral Gables, FL 33134
**Ph:** (305) 444-5565 | **Fax:** (305) 444-8588
www.zplaw.com

August 27, 2025

**FILED VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1930
New York, NY 10007

> Re:    *IN RE CLAIMS AGAINST THE VALERO-PETROCEDENO ACCOUNT*,
> No. 1:20-mc-00249-VEC

Dear Judge Caproni:

Plaintiff/Third-Party Defendant Antonio Caballero, by and through undersigned counsel, and pursuant to Rule 2.A. of this Court's Individual Practices in Civil Cases, hereby provides notice that the U.S. Circuit Court of Appeals for the Second Circuit has issued its opinion in *Havlish, et al. v. Federal Reserve Bank of N.Y., et al.,* No. 23-258 (2d Cir. Aug. 26, 2025), attached hereto as **Exhibit A**. We thank you for your consideration of this matter.

Respectfully Submitted,

/s/ *Leon N. Patricios*
Leon N. Patricios