


**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025

September 17, 2025

Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re Claims Against the Valero-Petrocedeno Account*, No. 1:20-mc-00249-VEC

Dear Judge Caproni:

We represent the Alban Osio Judgment Creditors. Pursuant to Rule 2.C of the Court's Individual Practices, we respectfully request that the Court adjourn the show cause hearing currently scheduled for September 24, 2025 (ECF No. 175). The undersigned will not be available on September 24 in observance of Rosh Hashanah. This is the second request for adjournment. Counsel for the Ad Hoc Board of PDVSA previously requested a continuance of the hearing, which was originally scheduled for August 27, 2025.

I have conferred counsel for JPMorgan, the Ad Hoc Board of PDVSA, the Maduro-affiliated PDVSA, Caballero, and Stansell, and none of them object to rescheduling the hearing to a later date.

Thank you for your time and consideration.

Respectfully submitted,

s/Jaime Guttman
Jaime D. Guttman, Esq.

cc: All Counsel of Record (by ECF)

Application GRANTED. The show cause hearing will take place on **October 9, 2025 at 11:30 a.m.** The joint letter proposing next steps is still due **today, September 18, 2025**.

SO ORDERED.                9/18/2025

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

www.scale.law