USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CLAIMS AGAINST THE VALERO-PETROCEDEÑO ACCOUNT

20-MC-249 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were scheduled to appear before the Court for a conference on October 9, 2025, per Dkts. 172, 175, and 182;

WHEREAS Nathaniel A. Tarnor of Hagens Berman Sobol Shapiro LLP, who held himself out as counsel for the Pescatores et al. in Dkts. 183 and 187, did not appear;

WHEREAS Jaime D. Guttman of Scale Law Partners, LLC, who has been granted permission to appear *pro hac vice*, Dkt. 166, and held himself out as counsel for Alban Osio in Dkts. 183 and 187, did not appear; and

WHEREAS no counsel appeared on behalf of the Pescatores et al. or Alban Osio at the October 9, 2025, conference.

IT IS HEREBY ORDERED that **no later than October 17, 2025**, Mssrs. Tarnor and Guttman must each file a Notice of Appearance on the Docket if they intend to appear in this action. The Clerk of the Court is respectfully directed to email a copy of this Order to nathant@hbsslaw.com and jaime@scale.law.

Date: October 10, 2025
New York, NY

**VALERIE CAPRONI
United States District Judge**