USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CLAIMS AGAINST THE VALERO-PETROCEDEÑO ACCOUNT

20-MC-249 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties, other than the Pescatores et al. and Alban Osio, appeared before the Court for a conference on October 9, 2025.

IT IS HEREBY ORDERED that the stay in this case, which was pending the Second Circuit's decision in *Havlish, et al. v. Federal Reserve Bank of N.Y.*, No. 23-258 (2d Cir. 2025), is now lifted.

IT IS FURTHER ORDERED that the parties are directed to brief the issue of which counsel — White & Case on behalf of the U.S.-recognized Ad Hoc Board of PDVSA or Kellner Herlihy — is authorized to represent PDVSA and Petrocedeño in these proceedings. Simultaneous opening briefs are due **no later than October 29, 2025**, and reply briefs are due **no later than November 19, 2025**.

IT IS FURTHER ORDERED that JPMorgan Chase Bank, N.A. ("JPMC"), must file an Amended Consolidated Interpleader **no later than October 31, 2025.**

IT IS FURTHER ORDERED that the case will be stayed after the Amended Consolidated Interpleader is filed, other than for purposes of filing responsive briefs regarding which counsel is the authorized representative of PDVSA and Petrocedeño.

IT IS FURTHER ORDERED that after the issue of authority to represent is decided, the parties must meet and confer and notify the Court whether any party is requesting the opportunity (1) to move to require JPMC to deposit the interpleader stake into the Court Registry or (2) to move for alternative service as to PDVSA and Petrocedeño.

2

IT IS FURTHER ORDERED that the Clerk of Court unseal the ex-parte Motion for a Writ of Execution at Dkt. 57.

IT IS FURTHER ORDERED that to the extent the parties' filing at Docket 187 is a motion to transfer filings from *Stansell v. FARC*, No. 19-cv-20896 (S.D. Fla.) or *Osio v. Maduro Moros*, No. 21-cv-20706 (S.D. Fla.), beyond the filings directed to be transferred by Judge Scola in *Stansell* at Dkt. 687, that motion is DENIED.

**Date:  October 10, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**