

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/3/2025

October 30, 2025

**FILED VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

Re:    **Plaintiff Antonio Caballero's Letter Motion to Unseal**
       *In re Claims Against the Valero-Petrocedeno Account*, No. 20-mc-00249-LGS-SN

Dear Judge Netburn:

       We represent Plaintiff Antonio Caballero ("Caballero") in the above styled action. Caballero was granted leave to file docket entries 70 and 117 under seal. *See generally* ECF No. 5 (explaining the basis for temporary seals in the post-judgment TRIA context). Because the writs relevant to such docket entries have already been served upon the respective garnishees, there is no need to maintain the aforementioned docket entries under seal. As such, Caballero respectfully requests that this Court unseal docket entries 70 and 117.

       Undersigned counsel for Caballero has conferred with counsel for the parties affected by the relief sought. Such counsels have no objection to the unsealing of the docket entries.

       We thank Your Honor in advance for your due consideration of this matter.

                                    Respectfully Submitted,

                                    */s/ Leon N. Patricios*

Caballero's request is GRANTED. The Clerk of the Court is respectfully directed to unseal ECF Nos. 70 and 117.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 3, 2025
       New York, New York

SALT LAKE CITY | CHICAGO | LAS VEGAS