UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:20-mc-00249-LGS-SN

IN RE CLAIMS AGAINST THE VALERO-
PETROCEDEÑO ACCOUNT

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Marcos Daniel Jiménez of the law firm of León Cosgrove Jiménez, LLP appears in this matter as counsel for Non-Parties Ministerio del Poder Popular de Economía y Finanzas y Comercio Exterior (the "Ministry of Finance"); Banco de Venezuela S.A., Banco Universal; Banco Bandes Uruguay, S.A.; Banco Digital de los Trabajadores, Banco Universal C.A. (f/k/a Banco Bicentenario del Pueblo, de la Clase Obrera, Mujer y Comunas, Banco Universal C.A.); Petrocedeño, S.A.; Aceites y Solventes Venezolanos Vassa, S.A.; Venfleet Asphalt, Ltd.; Venfleet Products, Ltd.; Venfleet, Ltd.; Petro San Felix, S.A.; Venezuelan Heavy Industries, C.A.; Petrowarao, S.A.; Petróleos de Venezuela, S.A.; and PDV Marina, S.A. (together, the "Venezuelan Third Parties").

By this Notice of Appearance, Venezuelan Third Parties, do not consent to jurisdiction in this Court and reserve all rights, defenses, privileges, and immunities, including, but not limited to, lack of jurisdiction, lack of service of process, and defective service of process.

Dated:  November 4, 2025

Respectfully submitted,

**Marcos Daniel Jiménez**
Marcos Daniel Jiménez
New York Bar No. 4881736
**LEON COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305-740-1975
Email: mdj@leoncosgrove.com

*Counsel for Venezuelan Third Parties*