Exhibit A

March 10, 2026

Jay Clayton
United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Re: *Stansell et al. v. FARC et al.,* 16 Misc. 405 (LGS) (SN); *Pescatore et al. v. Palmera Pineda et al.*, 18 Misc. 545 (LGS) (SN); *In re Claims Against the Valero-Petrocedeño Account*, 20 Misc. 249 (LGS) (SN); *Osio et al. v. Maduro Moros et al.*, 25 Misc. 390 (LGS) (SN)

Dear Mr. Clayton,

      I would be grateful for your assistance in presenting this letter to the U.S. District Court for the Southern District of New York.  This letter is submitted in response to the Court's invitation to the United States to express its views in the above-captioned matter, as directed by the Court's order dated January 12, 2026.

      Pursuant to the Court's request, I write to address the U.S. government's recognition posture with respect to Venezuela. For decades, Venezuela was plagued by successive Chavista governments which systematically destroyed democratic institutions, repressed freedom of expression, and committed other serious human rights abuses. After fraudulent presidential elections orchestrated by Nicolás Maduro in May 2018 left Venezuela without a legitimate winner, on January 23, 2019, the National Assembly elected in 2015 ("the 2015 National Assembly"), in its role as the only legitimate branch of government duly elected by the Venezuelan people, invoked the Venezuelan constitution to declare the office of the presidency vacant. Consistent with the Venezuelan constitution, the President of the National Assembly, Juan Guaidó, was sworn in as Interim President of the country. On January 23, 2019, President Trump issued a public statement recognizing Guaidó as the Interim President of Venezuela.[1] After the 2015 National Assembly voted to remove Guaidó as interim president in December 2022, the State Department issued a statement on January 3, 2023, stating: "The United States continues to recognize the democratically

---

[1] Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela (Jan. 23, 2019), https://trumpwhitehouse.archives.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/

elected 2015 National Assembly as the last remaining democratic institution in Venezuela."[2]

Since January 23, 2019, the United States has not recognized Maduro as the Head of State of Venezuela and that nonrecognition continues to the present. Maduro is an indicted narco-terrorist who awaits trial in U.S. federal court for his crimes.

On March 5, 2026, the United States issued a statement announcing the normalization of relations with Venezuela under interim President Delcy Rodriguez.[3] Remarking on this development at a summit with Latin American leaders on March 7, President Trump noted that "this week we have formally recognized the Venezuelan government [under Delcy Rodriguez]" and added: "We've actually legally recognized them."[4] Normalization will facilitate our joint efforts to promote stability, support economic recovery, and advance political reconciliation in Venezuela. Our engagement is focused on helping the Venezuelan people move forward through a phased process that creates the conditions for a peaceful transition to a democratically elected government. In order to facilitate this transition, the United States is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela. I would also note that while we are normalizing diplomatic and consular relations with Venezuela, we continue to closely scrutinize transactions with the interim authorities and will use the International Economic Emergency Powers Act and other available tools to work toward a better future for the Venezuelan people.

We trust that these views will be of assistance to the Court in its assessment of the issues before it.

Respectfully,

*[signature]*

Ambassador Michael G. Kozak
Senior Bureau Official
Bureau of Western Hemisphere Affairs
U.S. Department of State

---

[2] Press Statement, Ned Price, Spokesperson, Dep't of State, Venezuela's Interim Government and the 2015 National Assembly (Jan. 3, 2023), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/

[3] Media Note, A Statement on U.S.-Venezuela Relations (Mar. 5, 2026), https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations.

[4] Video, President Trump Delivers Remarks at the Shield of the Americas Summit (Mar. 8, 2026), https://www.whitehouse.gov/videos/president-trump-delivers-remarks-to-the-shield-of-americas-summit/, at 31:14.