

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/30/2026____

www.zplaw.com

April 24, 2026

**FILED VIA ECF**
The Honorable Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

Re:   *In re Claims Against the Valero-Petrocedeno Account*, No. 1:20-mc-249

Dear Judge Netburn:

We represent Antonio Caballero ("Caballero"), a victim of terrorism. In accordance with Section III.E. of the Court's published Individual Practices in Civil Cases and ECF Rules & Instructions Section 6, Caballero respectfully requests, via this letter motion, leave to file under seal an *ex parte* motion for writ of execution, including the notice of motion, supporting memorandum and its exhibits, and related proposed Order. Such relief is necessary because, otherwise, competing judgment creditors could attempt to levy upon the same blocked assets identified by Caballero in his *ex parte* motion for writ of execution. Notably, Caballero seeks only a temporary seal of his seal, that is until Caballero serves his writ of execution upon the third-party holder of the subject blocked assets.

In support of his temporary seal request, Caballero refers to: (i) his previous letter-motion briefing the issues related to sealing, dated November 25, 2020 (ECF No. 5); (ii) the Court's grant of that motion (ECF No. 7); (iii) the Sealed January 13, 2021 Order on Plaintiffs' Letter Motion Temporarily to Seal and Incorporated Memorandum of Law, the previously sealed March 9, 2021 Order on Plaintiff Antonio Caballero's Motion for Temporary Seal (ECF No. 54), and the Court's November 19, 2024 Order on Plaintiff Antonio Caballero's Motion for Temporary Seal (ECF No. 113), wherein this Court granted similar requests by Caballero to seal certain filings. Moreover, upon completion of the levy of the writ of execution, future proceedings concerning the subject

---

Caballero's sealing request is GRANTED. The Motion and all supporting documents, ECF Nos. 245, 246, 247, will remain under temporary seal until further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: April 30, 2026
       New York, New York

---