# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH STANSELL, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC), *et al.*,<br><br>     *Defendants*. | Case No. 16-mc-00405 |
| OLIVIA PESCATORE, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>JUVENAL OVIDIO RICARDO PALMERA PINEDA, *et al.*,<br><br>     *Defendants*. | Case No. 18-mc-00545 |
| In re:<br><br>     CLAIMS AGAINST THE VALERO-PETROCEDEÑO ACCOUNT | Case No. 20-mc-00249 |
| MEUDY ALBAN OSIO, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>NICOLÁS MADURO MOROS, *et al.*,<br><br>     *Defendants*. | Case No. 25-mc-00390 |

**DECLARATION OF CLAIRE A. DELELLE
IN SUPPORT OF WHITE & CASE LLP'S
MOTION TO WITHDRAW AS COUNSEL**

I, Claire A. DeLelle, declare as follows:

1.    I am a partner with White & Case LLP. I submit this declaration in support of White & Case's Motion to Withdraw as Counsel for non-party Respondents Aceites y Solventes Venezolanos Vassa, S.A.; Banco Bandes Uruguay, S.A.; Banco Bicentenario, Banco Universal, C.A.; Banco de Venezuela; Ministerio del Poder Popular de Economía y Finanzas; PDV Marina, S.A.; Petro San Felix, S.A.; Petrocedeño, S.A.; Petróleos de Venezuela, S.A.; Petrowarao, S.A.; Venezuelan Heavy Industries C.A.; Venfleet Asphalt, Ltd.; Venfleet Products, Ltd.; and Venfleet, Ltd. (collectively, the "Venezuelan entities") in each of the above-captioned cases, filed contemporaneously herewith.

2.    Pursuant to Local Rule 1.4(b) of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, and Rule 1.16 of the New York Rules of Professional Conduct, all White & Case attorneys who have entered appearances in the above-captioned cases hereby request leave of the Court to withdraw as counsel of record for the Venezuelan entities.

3.    White & Case has been counsel of record for Aceites y Solventes Venezolanos Vassa, S.A.; Petro San Felix, S.A.; Petrowarao, S.A.; Venezuelan Heavy Industries C.A.; and Venfleet Asphalt Ltd. since June 7, 2021. ECFs 295–297;[1] *see* No. 18-mc-545 at ECFs 125, 126; No. 20-mc-249 at ECFs 141, 142. White & Case has been counsel of record for Petrocedeño, S.A., since January 10, 2022. ECF 426; *see* No. 18-mc-545 at ECFs 141, 142; No. 20-mc-249 at ECFs

---

[1] Unless otherwise noted, all ECF numbers refer to the *Stansell v. FARC* docket, No. 16-mc-405.

141, 142; No. 25-mc-390 at ECFs 14, 15. White & Case has been counsel of record for Ministerio del Poder Popular de Economía y Finanzas since February 27, 2025. *See* No. 20-mc-249 at ECFs 141, 142; *see also* ECFs 592, 593; No. 18-mc-545 at ECFs 183, 184. White & Case has been counsel of record for PDV Marina; S.A., Petróleos de Venezuela S.A., Venfleet Ltd., and Venfleet Products Ltd. since February 27, 2025. *See* No. 20-mc-249 at ECFs 141, 142. White & Case has been counsel of record for non-party Respondents Banco Bandes Uruguay, S.A.; Banco Bicentenario Banco Universal, C.A.; and Banco de Venezuela since November 7, 2025. ECFs 607, 608; *see* No. 18-mc-545 at ECFs 183, 184; No. 20-mc-249 at ECFs 197, 198.

4.  The firms of León Cosgrove Jiménez, LLP and Kellner Herlihy Getty & Friedman LLP also purported to represent the Venezuelan entities in the above-captioned cases. *See* ECF 361. As such, the question of authority-to-represent as between these firms and White & Case has been pending under U.S. principles of recognition in the *Stansell* action since October 1, 2021. *See* Ltr. from White & Case (Oct. 8, 2021), ECF 378.

5.  On March 11, 2026, the United States filed a Statement of Interest advising that it "is recognizing Delcy Rodriguez as the sole Head of State, able to take action on behalf of Venezuela." U.S. Statement of Interest 1–2 (Mar. 11, 2026), ECF 621.

6.  In light of this development, on April 3, 2026, White & Case, alongside the team of León Cosgrove Jiménez and Kellner Herlihy Getty & Friedman, filed a motion requesting stays of the proceedings in each of the above-captioned cases to allow the Venezuelan entities sufficient time to designate permanent counsel, thus resolving the authority-to-represent issue. ECF 625.

7.  On April 6, 2026, the Court issued an order granting these stays as to the Venezuelan entities in each of the above-captioned cases until May 21, 2026, ordering that by that date, "designated permanent counsel for the Venezuelan state-owned entities must notify the

Court, or current counsel (White & Case and the team of Leon Cosgrove Jimenez and Kellner Herlihy) must file an update on their clients' progress." ECF 626.

8.      Counsel from León Cosgrove Jiménez have now informed the Court that they, alongside Kellner Herlihy Getty & Friedman, have been engaged by representatives of the Venezuelan entities under the newly recognized administration of interim President Delcy Rodríguez. ECF 629.

9.      Under these circumstances, good cause exists to temporarily lift the stays for the limited purpose of granting White & Case's motion to withdraw. *See Glenclova Inv. Co. v. Trans-Res., Inc.*, No. 08-cv-7140, 2013 WL 6003512, at *3 (S.D.N.Y. Nov. 12, 2013) (holding that courts have "broad discretion in deciding whether to lift [a] stay, which arises out of its inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants'" (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936))).

10.     In accordance with Local Rule 1.4(b), I have served notice of this withdrawal on the Venezuelan entities, as well as upon all other parties in these actions. Plaintiffs do not oppose the relief requested.

11.     This motion is made in good faith and not for the purpose of delay.

12.     White & Case LLP is not asserting a retaining or charging lien in connection with our withdrawal of appearance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026                    */s/ Claire A. DeLelle*

                                            Claire A. DeLelle