

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/22/2025___

www.zplaw.com

May 21, 2026

**FILED VIA ECF**
Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Claims Against Valero-Petrocedeno Account* (Caballero), No. 20-mc-249-LGS-SN

Dear Judge Netburn,

In compliance with this Court's sealed Order (ECF No. 259 at ¶ 9), Plaintiff, Antonio Caballero, by and through undersigned counsel, hereby gives notice that he has attached the blocked assets that are the subject of the aforementioned Order. More specifically, Caballero gives notice that the subject garnishee of the aforementioned sealed Order (ECF No. 259) was served earlier today. Because the purpose of the Court's sealing Order (ECF No. 248) has been fulfilled, Caballero respectfully requests that the seal be lifted with respect to the record relating to his sealed motion for writ of execution, including ECF Nos. 245, 246, 247, 256, 258, and 259, as well as any exhibits attached to the aforementioned docket entries.

Furthermore, the expeditious unsealing of the aforementioned is necessary so that Caballero can inform another district court of these related proceedings.

We thank Your Honor in advance for your due consideration of this matter.

Respectfully Submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano (Florida Bar Number: 0056091)
Admitted *Pro Hac Vice*
E-mail: izumpano@zplaw.com

This unsealing request is GRANTED. The Clerk of Court is respectfully directed to unseal ECF Nos. 245, 246, 247, 256, 258, and 259.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: May 22, 2026
       New York, New York

MIAMI | NEW YORK CITY | WESTCHESTER (NEW YORK)
SALT LAKE CITY | CHICAGO | LAS VEGAS | HOUSTON