UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                    :

                    :         20 Misc. 249 (LGS) (SN)

*In re Claims Against the Valero-Petrocedeno*   :
*Account.*                                 :

                    :           **ORDER**

                    :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff Antonio Caballero seeks final turnover of assets contained in a blocked bank account ending in 051 held by JPMorgan Chase Bank, N.A. in the putative name of, or for the benefit of, or that was blocked due to an association with, Samark Jose Lopez Bello (the "Requested Turnover").

WHEREAS, Caballero proposes to provide notice to Lopez Bello by alternative service pursuant to CPLR § 308(5) and proposes to provide notice to Commerzbank AG ("Commerzbank") via certified mail, return receipt requested. These applications are granted.

WHEREAS, CPLR § 5225(b) requires that notice of a post-judgment execution proceeding under the subsection "shall . . . be served upon the judgment debtor in the same manner as a summons or by registered or certified mail, return receipt requested." CPLR § 308(5) permits service of a summons on a natural person "in such manner as the court, upon motion without notice, directs, if service is impracticable under paragraphs one, two and four of this section." Service under § 308(5) comports with due process when the manner of service is "reasonably calculated, under the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Sirius XM Radio Inc. v. Aura Multimedia Corp.*, 339 F.R.D. 592, 593 (S.D.N.Y. 2021) (citation omitted).

WHEREAS, Caballero proposes alternative service in substantially the form previously approved by the Order entered January 8, 2025.  This application is granted.  Alternative service is appropriate because service under CPLR § 308(1), (2), and (4) is impracticable.  Caballero represents that Lopez Bello is a fugitive from the United States justice system who is presently incarcerated in Venezuela -- thus, personal service within New York, *see* CPLR § 308(1); delivery to an actual place of business, dwelling place, or usual place of abode within New York, *see id.* § 308(2), and affixing notice to the door of a place of business, dwelling place, or usual place of abode, *see id.* § 308(4), are all impracticable.  Additionally, service by mail and email to Lopez Bello's current and former counsel is "reasonably calculated, under the circumstances, to apprise [Lopez Bello] of the pendency of the action and afford [him] an opportunity to present [his] objections."  *Sirius XM*, 339 F.R.D. at 593.

WHEREAS, Caballero proposes to provide notice of the action to Commerzbank, a potential adverse claimant, by certified mail, return receipt requested, to Commerzbank AG, 225 Liberty Street, New York, NY, United States 10281, which is the address that the New York Secretary of State lists as the Principal Executive Office of Commerzbank U.S. Finance, Inc. This application is granted because this method is reasonably calculated to give Commerzbank actual notice of the turnover motion, such that Commerzbank is "offered an opportunity to be heard" before turnover.  *Teamsters Loc. 456 Pension Funds v. CRL Transportation, Inc.*, No. 18 Civ. 2056, 2020 WL 3619048, at *8 (S.D.N.Y. July 2, 2020).  It is hereby

**ORDERED** that, by **June 5, 2026**, Caballero shall file a proof of service of (1) the Notice of Motion, (2) all filings submitted in connection with the Motion and (3) this Order on Lopez Bello by the following manner:

**Via first class mail or its equivalent and email to current and former counsel:**

- Kerri E. Chewning, Jeffrey M. Scott & Eric I. Yun of Archer & Greiner, P.C.
  - **Email:** kchewning@archerlaw.com
    eyun@archerlaw.com
    jscott@archerlaw.com
  - **Mail:** Kerri E. Chewning
    Archer & Greiner, P.C.
    1025 Laurel Oak Road
    Voorhees, NJ 08043

    Jeffrey M. Scott & Eric I. Yun
    Archer & Greiner, P.C.
    Three Logan Square
    1717 Arch Street, Suite 3500
    Philadelphia, PA 19103

- Adam S. Fels of Friedman Fels & Soto, PLLC
  - **Email:** afels@ffslawfirm.com
  - **Mail:** Adam S. Fels
    Friedman Fels & Soto, PLLC
    150 Alhambra Circle, Suite 715
    Coral Gables, FL 33134

- Matthew D. Osnos of O'Malley, Miles, Nylen & Gilmore, P.A. at
  - **Email:** mosnos@omng.com
  - **Mail:** Matthew D. Osnos
    O'Malley, Miles, Nylen & Gilmore, P.A.
    7850 Walker Drive, Suite 310
    Greenbelt, MD 20770

- Glen M. Lindsay of KHL Law
  - **Email:** gml@khllaw.com
  - **Mail:** Glen M. Lindsay
    KHL Law
    100 W Cypress Creek Road, Suite 630
    Fort Lauderdale, FL 33309-2198

- Nicholas J. Lewin, Jonathan F. Bolz & Vlad Shafran of KKL LLP
  - **Email:** Nick.Lewin@KKLllp.com
    Jonathan.Bolz@KKLllp.com
    Vlad.Shafran@KKLllp.com
  - **Mail:** Nicholas J. Lewin, Jonathan F. Bolz, & Vlad Shafran
    KKL LLP
    350 Fifth Avenue, 77th Floor
    New York, NY 10118

**Via first class mail or its equivalent to the Venezuelan facility in which Lopez Bello is reportedly incarcerated:**

- Business Center Galipan
  Centro Empresarial Galipan
  Avenida Francisco de Miranda
  Caracas, Miranda, Venezuela 1060

**Via first class mail or its equivalent and email to the following addresses for Lopez Bello and his wife, Loisinette Carolina Leiva Pinto:**

- **Email:** samark1@yahoo.com
- **Mail:** Samark Lopez Bello
  Calle los Cedros con Calle El Saman
  Quinta Manantial, Country Club
  Caracas, Miranda, Venezuela 1060

  Samark Lopez Bello
  Business Center Galipan
  Centro Empresarial Galipan
  Avenida Francisco de Miranda
  Caracas, Miranda, Venezuela 1060

- **Email:** loisinetteleiva@gmail.com
- **Mail:** Loisinette Carolina Leiva Pinto
  Qta. Buenaventura Rta B
  Sector Los Campitos
  Caracas, Miranda, Venezuela 1080

Lopez Bello shall have twenty-one days from the date of service to oppose or otherwise respond to Caballero's motion. Failure to respond by that date will be deemed consent to the Requested Turnover. It is further

**ORDERED** that, by **June 5, 2026**, Caballero shall file proof of service of (1) the Notice of Motion, (2) all filings submitted in connection with the Motion and (3) this Order on Commerzbank by certified mail, return receipt requested, to John Geremia, c/o Commerzbank AG, 225 Liberty Street, New York, NY, United States 10281. Commerzbank shall have twenty-one days from the date of service to oppose or otherwise respond to Caballero's motion. Failure to respond by that date will be deemed consent to the Requested Turnover. It is further

**ORDERED** that Caballero must notify the Court within one business day if any of the email notifications are "bounced" or if any of the mailings are returned as undeliverable.

Dated: June 1, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE